## EXHIBIT A

**Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: Vesttoo US Inc., <br><br> Debtor. <br><br> Employer Tax I.D. No.: 87-1031798 | Chapter 11 <br><br> Case No. 23-11159 (MFW) |
| In re: Vesttoo Ltd., <br><br> Debtor. <br><br> Employer Tax I.D. No.: N/A | Chapter 11 <br><br> Case No. 23-11160 (MFW) |
| In re: Vesttoo SPV Holdings LLC, <br><br> Debtor. <br><br> Employer Tax I.D. No.: N/A | Chapter 11 <br><br> Case No. 23-11163 (MFW) |
| In re: Vesttoo Securities (USA) LLC, <br><br> Debtor. <br><br> Employer Tax I.D. No.: 36-4993751 | Chapter 11 <br><br> Case No. 23-11167 (MFW) |
| In re: Vesttoo Reinsurance Intermediary Services Inc., <br><br> Debtor. <br><br> Employer Tax I.D. No.: 88-3919992 | Chapter 11 <br><br> Case No. 23-11165 (MFW) |
| In re: Vesttoo Asset Management LLC., <br><br> Debtor. <br><br> Employer Tax I.D. No.: 88-41115957 | Chapter 11 <br><br> Case No. 23-11166 (MFW) |

| | |
|---|---|
| In re: Vesttoo Hong Kong Limited,<br><br>        Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11210 (MFW) |
| In re: Vesttoo Holdings Ltd.,<br><br>        Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11175 (MFW) |
| In re: Vesttoo Korea Inc.,<br><br>        Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11177 (MFW) |
| In re: Vesttoo UK LTD,<br><br>        Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11186 (MFW) |
| In re: Vescor Bay, L.P.,<br><br>        Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11187 (MFW) |
| In re: Vescor Bay GP, L.P.,<br><br>        Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11188 (MFW) |

| | |
|---|---|
| In re: Vesttoo Alpha Holdings Ltd., <br><br> Debtor. <br><br> Employer Tax I.D. No.: N/A | Chapter 11 <br><br> Case No. 23-11169 (MFW) |
| In re: Vesttoo Marketplace Ltd., <br><br> Debtor. <br><br> Employer Tax I.D. No.: N/A | Chapter 11 <br><br> Case No. 23-11180 (MFW) |
| In re: Vesttoo Partners 101, L.P., <br><br> Debtor. <br><br> Employer Tax I.D. No.: N/A | Chapter 11 <br><br> Case No. 23-11181 (MFW) |
| In re: Vesttoo Alpha P&C Fund L.P., <br><br> Debtor. <br><br> Employer Tax I.D. No.: N/A | Chapter 11 <br><br> Case No. 23-11172 (MFW) |
| In re: Vesttoo Alpha P&C Fund GP, L.P., <br><br> Debtor. <br><br> Employer Tax I.D. No.: N/A | Chapter 11 <br><br> Case No. 23-11171 (MFW) |
| In re: Vesttoo Partners 102, L.P., <br><br> Debtor. <br><br> Employer Tax I.D. No.: N/A | Chapter 11 <br><br> Case No. 23-11182 (MFW) |

| | |
|---|---|
| In re: Vesttoo Partners 103, L.P.,<br><br>　　　　　　　　　Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11183 (MFW) |
| In re: Vesttoo Partners 104, L.P.,<br><br>　　　　　　　　　Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11184 (MFW) |
| In re: Vesttoo Partners 105, L.P.,<br><br>　　　　　　　　　Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11185 (MFW) |
| In re: Vesttoo Bermudian Bay Ltd.,<br><br>　　　　　　　　　Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11174 (MFW) |
| In re: Vesttoo Alpha Manager Ltd.,<br><br>　　　　　　　　　Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11170 (MFW) |

| | |
|---|---|
| In re: Vesttoo Japan Co., LTD, | Chapter 11 |
| Debtor. | Case No. 23-11176 (MFW) |
| Employer Tax I.D. No.: N/A | |
| In re: Vesttoo Bay One Limited Partnership, | Chapter 11 |
| Debtor. | Case No. 23-11194 (MFW) |
| Employer Tax I.D. No.: N/A | |
| In re: Vesttoo Bay X, Limited Partnership, | Chapter 11 |
| Debtor. | Case No. 23-11195 (MFW) |
| Employer Tax I.D. No.: N/A | |
| Vesttoo Bay XI, Limited Partnership, | Chapter 11 |
| Debtor. | Case No. 23-11196 (MFW) |
| Employer Tax I.D. No.: N/A | |
| In re: Vesttoo Bay XII, Limited Partnership, | Chapter 11 |
| Debtor. | Case No. 23-11197 (MFW) |
| Employer Tax I.D. No.: N/A | |

| | |
|---|---|
| In re: Vesttoo Bay XIV, Limited Partnership,<br><br>                              Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11199 (MFW) |
| In re: Vesttoo Bay XIII, Limited Partnership,<br><br>                              Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11198 (MFW) |
| In re: Vesttoo Bay FIFTEEN, Limited Partnership,<br><br>                              Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11190 (MFW) |
| In re: Vesttoo Bay XVI, Limited Partnership,<br><br>                              Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11201 (MFW) |
| In re: Vesttoo Bay XVII, Limited Partnership,<br><br>                              Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11202 (MFW) |
| In re: Vesttoo Bay XVIII, Limited Partnership,<br><br>                              Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11203 (MFW) |

| | |
|---|---|
| In re: Vesttoo Bay XIX, Limited Partnership,<br><br>       Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11200 (MFW) |
| In re: Vesttoo Bay XX, Limited Partnership,<br><br>       Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11204 (MFW) |
| In re: Vesttoo Bay XXI, Limited Partnership,<br><br>       Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11205 (MFW) |
| In re: Vesttoo Bay XXII, Limited Partnership,<br><br>       Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11206 (MFW) |
| In re: Vesttoo Bay XXIII Limited Partnership,<br><br>       Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11207 (MFW) |
| In re: Vesttoo Bay XXIV, Limited Partnership,<br><br>       Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11208 (MFW) |

| | |
|---|---|
| In re: Vesttoo Bay One Hundred, Limited Partnership,<br><br>Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11193 (MFW) |
| In re: Vesttoo Bay One Hundred One, Limited Partnership,<br><br>Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11191 (MFW) |
| In re: Vesttoo Bay One Hundred Two, Limited Partnership,<br><br>Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11192 (MFW) |
| In re: Vesttoo Bay 103, Limited Partnership<br><br>Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11189 (MFW) |
| In re: Vesttoo Bay XXV, Limited Partnership,<br><br>Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11209 (MFW) |
| In re: Vesttoo Malta Ltd.,<br><br>Debtor.<br><br>Employer Tax I.D. No.: N/A | Chapter 11<br><br>Case No. 23-11178 (MFW) |

| | |
|---|---|
| In re: Vesttoo Malta Trading Ltd., <br><br>                         Debtor. <br><br> Employer Tax I.D. No.: N/A | Chapter 11 <br><br> Case No. 23-11179 (MFW) |
| In re: Vesttoo Alpha Special Purpose Trust, <br><br>                         Debtor. <br><br> Employer Tax I.D. No.: N/A | Chapter 11 <br><br> Case No. 23-11173 (MFW) |
| In re: Vesttoo RT SPV LLC, <br><br>                         Debtor. <br><br> Employer Tax I.D. No.: N/A | Chapter 11 <br><br> Case No. 23-11212 (MFW) |

**ORDER DIRECTING THE JOINT ADMINISTRATION
OF THE DEBTORS' CHAPTER 11 CASES**

This matter coming before the court upon the *Amended Motion of the Debtors for the Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases* (the "Motion"), filed by the above-captioned debtors (collectively, the "Debtors") for entry of an order (this "Order") authorizing and directing the procedural consolidation and joint administration of the above-captioned chapter 11 cases; all as further described in the Motion; and upon consideration of the First Day Declaration and the record of these Chapter 11 Cases; and this Court having found that (i) this Court has jurisdiction over the Debtors, their estates, property of their estates and to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) this Court may enter a final order consistent with

9

Article III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (iv) venue of this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409, and (v) no further or other notice of the Motion is required under the circumstances; and this Court having reviewed the Motion and having heard the statements in support of the relief requested in the Motion at a hearing before this Court (the "Hearing"); and having determined that the legal and factual bases set forth in the Motion and the First Day Declaration establish just cause for the relief granted in this Order; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth in this Order.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 23-11160 (MFW) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The consolidated caption of the jointly administered chapter 11 cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VESTTOO LTD., *et al.*[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 23-11160 (MFW)<br><br>(Jointly Administered) |

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

4. The foregoing consolidated caption shall be deemed to satisfy any applicable requirements of section 342(c) of the Bankruptcy Code and Bankruptcy Rule 1005.

5. A docket entry shall be made on the docket in the Chapter 11 Case of each of the Debtors, except Vesttoo Ltd., substantially stating as follows:

> "An order has been entered in this case consolidating this case with the case of Vesttoo Ltd., Case No. 23-11160 (MFW), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 23-11160 (MFW) should be consulted for all matters affecting this case."

6. The Clerk of the Court shall maintain one file and one docket for the Debtors' Chapter 11 Cases, which file and docket shall be the file and docket for the Chapter 11 Case of Vesttoo Ltd., Case No. 23-11160 (MFW).

7. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of Vesttoo Ltd., Case No. 23-11160 (MFW).

8. Notwithstanding the foregoing, any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim

11

and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

9. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases.

10. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), the terms and provisions of this Order shall be immediately effective and enforceable upon its entry.

11. The Debtors are hereby authorized to take all actions necessary to effectuate the relief granted in this Order.

12. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.