# EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VESTTOO LTD., *et al.*[1] | Case No. 23-11160 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Related D.I. __** |

## ORDER (I) AUTHORIZING VESTTOO LTD. TO ACT AS FOREIGN REPRESENTATIVE PURSUANT TO 11 U.S.C. § 1505, AND (II) GRANTING RELATED RELIEF

Upon the *Motion of the Debtors for Entry of an Order (I) Authorizing Vesttoo Ltd. to Act as Foreign Representative under 11 U.S.C. § 1505, and (III) Granting Related Relief* (the "Motion"),[2] filed by the above-captioned debtors (collectively, the "Debtors") for entry of an order (i) authorizing Vesttoo Ltd. to act as foreign representative on behalf of the Debtors' estates under 11 U.S.C. § 1505, and (ii) granting related relief, all as further described in the Motion; and upon consideration of the *Declaration of Ami Barlev in Support of Chapter 11 Petitions and First Day Pleadings* (the "First Day Declaration"); and this Court having found that (i) this Court has jurisdiction over the Debtors and their estates, and to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) this Court may enter a final order consistent with article III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (iv) venue of this proceeding and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409, and (v) the Debtors' notice of the Motion

---

[1]    Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

[2]    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

and opportunity for a hearing were adequate and appropriate under the circumstances and no other or further notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested in the Motion at a hearing before this Court; and having determined that the legal and factual bases set forth in the Motion and the First Day Declaration establish just cause for the relief granted in this Order; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth in this Order.

2.      Vesttoo Ltd. is hereby authorized to act as the Foreign Representative on behalf of the Debtors' estates in the Israeli Proceedings and other foreign proceedings should the Debtors find it necessary or desirable to commence such other foreign proceedings.

3.      As Foreign Representative, Vesttoo Ltd. shall be authorized and shall have the power to act in any way permitted by applicable foreign law, including, but not limited to: (a) seeking recognition of these chapter 11 cases in, among others, the Israeli Proceedings, (b) requesting that the Israeli Court, or other court of competent jurisdiction, lend assistance to this Court in protecting the property of the Debtors' estates, and (c) seeking any other appropriate relief from the Israeli Court, or other court of competent jurisdiction, that Vesttoo Ltd. deems just and proper in the furtherance of the protection of any one or more of the Debtors' estates.

4.      This Court requests the aid and assistance of the Israeli Court, or other courts of competent jurisdiction, to recognize these chapter 11 cases as a foreign proceeding and Vesttoo

Ltd. as a foreign officer under the IFRL, and to recognize and give full force and effect in all administrative districts of Israel to this Order.

5.      Notice of the Motion as provided was good and sufficient notice of that Motion and the requirements of Bankruptcy Rule 6004(a), if applicable, and the Local Rules are satisfied by that notice.

6.      Notwithstanding any Bankruptcy Rule or Local Rule to the contrary, this Order is effective immediately and enforceable upon its entry.

7.      The Debtors are hereby authorized to take all actions they deem necessary to effectuate the relief granted in this Order.

8.      This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.