| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name:   Vesttoo Ltd. | |
| United States Bankruptcy Court for the:   District of Delaware | ☐ Check if this is an amended filing |
| Case Number (If known):   23-11160 | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders      12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MCKINSEY & COMPANY, INC. (ISRAEL) HAABAA TOWER SOUTH TOWER, 23RD FLOOR 30 HAARBAA ST TEL AVIV  6473926  ISRAEL | YANIV_LUSHINSKY@MCKINSEY.COM | TRADE VENDOR | | | | $1,248,000.00 |
| 2 | TALMA SHLOMO (HUL) / TALMA 7 MASADA STREET BNEI BRAK  5126112 ISRAEL | MICHAL.L@TALMA.COM | TRADE VENDOR | | | | $182,984.32 |
| 3 | CLIFFORD CHANCE 10 UPPER BANK STREET LONDON  E14 5JJ UNITED KINGDOM | BRUCE.KAHL@CLIFFORDCHANCE.COM | TRADE VENDOR | | | | $113,416.77 |
| 4 | AMAZON WEB SERVICE EMEA SARL AZRIELI SHARONA TOWER 121ST MENACHEM BEGIN ROAD 28TH FLOOR TEL-AVIV  6701203  ISRAEL | AWSLUX-RECEIVABLES-SUPPORT@AMAZON.COM | TRADE VENDOR | | | | $99,441.56 |
| 5 | THE JOININGS LIMITED 35 CLUAINDARA CLONMACKEN ENNIS ROAD LIMERICK  IRELAND | JASON@20TWENTYSEARCH.COM | TRADE VENDOR | | | | $93,750.00 |
| 6 | GREENBERGTRAURIG 333 S.E. 2ND AVENUE SUITE 4400 MIAMI, FL  33131 | NICOLE.E.ROSENBERG@GTLAW.COM | TRADE VENDOR | | | | $88,861.50 |
| 7 | WISERSPREAD 80 CENTRAL AVE DEMAREST, NJ  07627 | RINA@WISERSPREAD.COM | TRADE VENDOR | | | | $70,299.45 |

Debtor: Vesttoo Ltd.  Case Number (if known): 23-11160

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | MILLIMAN ISRAEL LTD B.S.R 4 TOWER - 7 MASADA STREET 5TH FLOOR UNIT 18 BNEI BRAK 5126112 ISRAEL | EMANUELLE.BRAUNSTEIN@MILLIMAN.COM | TRADE VENDOR | | | | $37,149.84 |
| 9 | BRANDED CITIES LLC 2850 E CAMELBACK RD. STE 110 PHOENIX, AZ 85016 | ACCOUNTING@BRANDEDCITIES.COM | TRADE VENDOR | | | | $31,470.00 |
| 10 | ZOOM 55 ALMADEN BLVD 6TH FLOOR SAN JOSE, CA 95113 | RECEIVABLES@ZOOM.US | TRADE VENDOR | | | | $30,822.14 |
| 11 | TEL AVIV GOVERNMENT SHLOMO IBN GABIROL ST 69 TEL AVIV ISRAEL | ISSCHAR_O@MAIL.TEL-AVIV.GOV.IL | TRADE VENDOR | | | | $29,599.55 |
| 12 | ODEYA EXPERIENCE KNOWHOW IYAR ST 5/52 TEL AVIV ISRAEL | ODEYA.KALFON@GMAIL.COM | TRADE VENDOR | | | | $28,459.43 |
| 13 | MIRAGE IT KALMAN MAGEN 3 ENTRANCE A TEL AVIV 6107075 ISRAEL | SERVICE@MIRAGE-IT.COM | TRADE VENDOR | | | | $24,369.81 |
| 14 | BAR DIGITAL MAMSHIT KEYSARIA ST 22 DIMONA TEL AVIV 8614618 ISRAEL | BAR@BAR-DIGITAL.CO.IL | TRADE VENDOR | | | | $24,364.68 |
| 15 | WILLKIE FARR- NY 1 ROPEMAKER STREET LONDON EC2Y 9AW UNITED KINGDOM | JSMITH@WILLKIE.COM | TRADE VENDOR | | | | $21,987.02 |
| 16 | GOLDRING LOWENTHAL TAMIR 16850 COLLINS AV. STE. 112-306 NORTH MIAMI BEACH, FL 33160-4238 | BEN@USACPA.NET | TRADE VENDOR | | | | $19,950.00 |
| 17 | SPHERE CONSULTING SERVICES LTD 80-83 LONGLANE LONDON EC1A9ET UNITED KINGDOM | KIMSTEVENS@SPHERECONSULTING.ORG | TRADE VENDOR | | | | $17,803.29 |
| 18 | DEBATE YOSEF BOXENBAUM ST 3 TEL AVIV PO 2051 ISRAEL | AVI@VAYOMAR.COM | TRADE VENDOR | | | | $17,348.72 |
| 19 | KOST FORER GABAY AND KASIERER 144 MENACHEM BEGIN ROAD BUILDING A TEL-AVIV 6492102 ISRAEL | EYILRECEIVABLES@IL.EY.COM | TRADE VENDOR | | | | $16,020.00 |

Debtor: Vesttoo Ltd.                                                                                                                                   Case Number (if known): 23-11160

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 EXCELLENCE<br>EFAL 25 ST<br>PETACH TIKVA  4951125<br>ISRAEL | MAIN@ESOP.CO.IL | TRADE VENDOR | | | | $14,531.97 |
| 21 ESPIRCOM<br>YAD HARUTZIM 10 ST<br>KFAR SABA  4464105<br>ISRAEL | SALES@ESPIR.CO.IL | TRADE VENDOR | | | | $13,690.85 |
| 22 JTG CONSULTING LTD<br>2184 BULDING 8<br>TEL AVIV  6971048<br>ISRAEL | HANNA@ZVIRAN.CO.IL | TRADE VENDOR | | | | $12,148.09 |
| 23 FAEGREDRINKER<br>2200 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS, MN  55402-3901 | SARA.MANSKE@FAEGREDRINKER.COM | TRADE VENDOR | | | | $11,224.50 |
| 24 COLLINS STARTEGY GROUP,LLC<br>5 UNION SQUARE WEST<br>1176<br>NEW YORK, NY  10003 | JOHN@COLLINSSG.COM | TRADE VENDOR | | | | $10,000.00 |
| 25 STEFANO SOLA<br>1132 YOUNGS FORD ROAD<br>GLADWYNE, PA  19035 | STEFANO.SOLA@GMAIL.COM | TRADE VENDOR | | | | $10,000.00 |
| 26 M.I LAHIT GROUP LTD<br>YITZHAK SADE 34<br>TEL AVIV<br>ISRAEL | OFFICE@LAHIT-GROUP.COM | TRADE VENDOR | | | | $9,628.01 |
| 27 MENORA MIVTACHIM GROUP<br>7 JABOTINSKY<br>RAMAT GAN  5252007<br>ISRAEL | GAILB@MENORAMIVT.CO.IL | TRADE VENDOR | | | | $9,490.71 |
| 28 DANIEL RAVEH<br>SDEROT HERZL 45<br>RAMLA<br>ISRAEL | NOTIFY@MORNING.COM | TRADE VENDOR | | | | $8,221.61 |
| 29 DFP REGULATORY SERVICES LLC<br>485 MADISON AVENUE FLOOR 15<br>NEW YORK, NY  10022 | INFO@DFPPARTNERS.COM | TRADE VENDOR | | | | $7,500.00 |
| 30 LOGICA IT.TEAM LTD<br>SHLOMO MELTZER ROAD 94<br>PARK OFER<br>PETACH TIKVA  4951623<br>ISRAEL | LITAL@LOGICA-IT.CO.IL | TRADE VENDOR | | | | $6,996.46 |

**Fill in this information to identify the case and this filing:**

Debtor Name: Vesttoo Ltd.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (*If known*): 23-11160 (MFW)

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/18/2023        ✗ *Ami Barlev*
MM / DD / YYYY                    7B7E251488154C7...
                                          Signature of individual signing on behalf of debtor

Ami Barlev
Printed name

Authorized Signatory
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**