# EXHIBIT B

# Tran Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> VESTTOO LTD., *et al.*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-11160 (MFW) <br><br> (Joint Administration Requested) <br><br> **Related D.I. __** |

**DECLARATION OF KATHRYN TRAN IN SUPPORT OF APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER APPOINTING EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS AND NOTICING AGENT EFFECTIVE AS OF THE PETITION DATE**

I, Kathryn Tran, being duly sworn, state the following under penalty of perjury and that the following is true to the best of my knowledge, information, and belief:

1. I am a Consulting Director with Epiq Corporate Restructuring, LLC ("Epiq"), with offices located at 777 3rd Ave., 12th Floor, New York, NY 10017. I am authorized to submit this declaration in support of the *Debtors' Application for an Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of the Petition Date* (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. Epiq is one of the country's leading chapter 11 administrators, with significant expertise in noticing, claims administration, soliciting, balloting, and facilitating other administrative aspects of chapter 11 cases. Epiq has acted as the claims and noticing agent in

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

numerous recent cases of varying size and complexity, including several recent cases filed in this District.³

3. As agent and custodian of the Court records pursuant to 28 U.S.C. § 156(c), Epiq will perform, at the request of the Clerk's office, the claims and noticing services specified in the Application and Retention Agreement. In addition, at the Debtors' request, Epiq will perform such other claims and noticing services specified in the Application. For the avoidance of doubt, pursuant to the Retention Agreement, Epiq will perform the Claims and Noticing Services for the Debtors in the Chapter 11 Cases.

4. Subject to Court approval, the Debtors have agreed to compensate Epiq for professional services rendered pursuant to 28 U.S.C. §156(c) in connection with the Chapter 11 Cases according to the terms and conditions of the Retention Agreement. Payments are to be based upon the submission of a billing statement by Epiq to the Debtors after the end of each calendar month, which shall include a detailed listing of services and expenses. Epiq has received a $25,000 retainer from the Debtors and will first apply the retainer to all prepetition invoices, and any balance will be held as security of payment of Epiq's final invoice for services rendered and expenses incurred in performing the Claims and Noticing Services.

---

³ *See, e.g.*, *In re Yellow Corporation*, No. 23-11069 (CTG) (Bankr. D. Del.); *In re MediaMath Holdings, Inc.*, No. 23-10882 (LSS) (Bankr. D. Del.); *In re Teligent, Inc.*, No. 21-11332 (KBO) (Bankr. D. Del.); *Southland Royalty Co. LLC*, No. 20-10158 (KBO) (Bankr. D. Del.); *In re RUI Holding Corp.*, No. 19-11509, (JTD) (Bankr. D. Del.); *In re THG Holdings LLC*, No. 19-11689 (JTD) (Bankr. D. Del.); *In re HDR Holding, Inc.*, No. 19-11396 (MFW) (Bankr. D. Del.); *In re Joerns WoundCo Holdings, Inc.*, No. 19-11401 (JTD) (Bankr. D. Del.); *In re Insys Therapeutics, Inc.*, No. 19-11292 (KG) (Bankr. D. Del.); *In re Kona Grill, Inc.*, No. 19-10953 (CSS) (Bankr. D. Del.); *In re WMC Mortgage, LLC*, No. 19-10879 (CSS) (Bankr. D. Del.); *In re F+W Media, Inc.*, No. 19-10479 (KG) (Bankr. D. Del).

5. Epiq represents, among other things, the following:

   a. Epiq is not a creditor of the Debtors;

   b. Epiq will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the Claims and Noticing Agent in the Chapter 11 Cases;

   c. By accepting employment in the Chapter 11 Cases, Epiq waives any rights to receive compensation from the United States government in connection with the Chapter 11 Cases;

   d. In its capacity as the Claims and Noticing Agent in the Chapter 11 Cases, Epiq will not be an agent of the United States and will not act on behalf of the United States;

   e. Epiq will not employ any past or present employees of the Debtors in connection with its work as the Claims and Noticing Agent in the Chapter 11 Cases;

   f. Epiq is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code with respect to the matters upon which it is engaged;

   g. In its capacity as Claims and Noticing Agent in the Chapter 11 Cases, Epiq will not intentionally misrepresent any fact to any person;

   h. Epiq shall be under the supervision and control of the Clerk's office with respect to the receipt and recordation of claims and claim transfers;

   i. Epiq will comply with all requests of the Clerk's office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c); and

   j. None of the services provided by Epiq as Claims and Noticing Agent in the Chapter 11 Cases shall be at the expense of the Clerk's office.

6. Although the Debtors do not propose to retain Epiq under section 327 of the Bankruptcy Code pursuant to the Application (such retention will be sought by separate application), I caused to be submitted for review by our conflicts system the names of identified potential parties in interest (the "Potential Parties in Interest") in the Chapter 11 Cases. The list of Potential Parties in Interest was provided by the Debtors and is attached hereto as **Schedule 1**. Epiq is not aware of any relationship that would present a disqualifying conflict of interest. To the

extent that Epiq's conflicts check has revealed that certain Potential Parties in Interest were current or former clients of Epiq within the past three years, these parties have been identified on a list annexed hereto as **Schedule II** (the "Client Match List"). However, given Epiq's neutral position as claims and noticing agent or administrative advisor for any parties listed on the Client Match List, Epiq does not view such relationships as real or potential conflicts. Further, to the best of my knowledge, any such relationship between Epiq and any parties on the Client Match List is completely unrelated to the Chapter 11 Cases.

7. In addition, to the best of my knowledge, none of Epiq's employees are related to bankruptcy judges in the District of Delaware, the United States Trustee for Region 3, any attorney known by Epiq to be employed in the Office of the United States Trustee serving the District of Delaware, or are equity security holders of the Debtors.

8. To the best of my knowledge, and based solely upon information provided to me by the Debtors, and except as provided herein, neither Epiq, nor any of its professionals, has any adverse connection to the Debtors, their creditors, or other relevant parties. Epiq may have relationships with certain of the Debtors' creditors as vendors or in connection with cases in which Epiq serves or has served in a neutral capacity as claims and noticing agent and/or administrative advisor for other chapter 11 debtors.

9. Epiq is a wholly owned subsidiary of Epiq Systems, Inc., which is corporate parent to certain companies that provide integrated technology products and services to the legal profession for electronic discovery, class action settlements, financial transactions, chapter 7 and 13 bankruptcy, litigation, and regulatory compliance. Given the legal and operational separateness of Epiq from its affiliates and the administrative nature of the services performed by such

companies, Epiq does not believe that a conflict would arise solely from any relationship or claim of an Epiq affiliate or its corporate parent.

10. Epiq Systems, Inc., is a wholly owned subsidiary of Document Technologies, LLC ("DTI"), a global legal process outsourcing company, which is an ultimate wholly owned subsidiary of DTI Topco, Inc. ("DTI Topco"). DTI Topco is a privately-held entity with majority ownership held by OMERS Administration Corporation ("OAC"), the administrator of the OMERS pension funds, and managed by OMERS Private Equity Inc. ("OPE", which together with OAC are referred to as "OMERS"), and funds managed by Harvest Partners, LP, ("Harvest") a leading private equity investment firm.

11. Neither DTI, DTI Topco, OMERS nor Harvest are currently identified on the Potential Parties in Interest list. However, the following disclosure is made out of an abundance of caution and in an effort to comply with the Bankruptcy Code and Bankruptcy Rules.

12. Designees of OMERS and Harvest are members of the Board of Directors of DTI Topco ("Parent Board Designees"). No designees of OMERS or Harvest are members of the Board of Directors of DTI or Epiq, or any other subsidiaries of DTI. Further, Epiq has the following restrictions in place: (i) prior to the Debtors commencing the Chapter 11 Cases, Epiq did not share the names or any other information identifying the Debtors with DTI, DTI Topco, OMERS, Harvest, or the Parent Board Designees; (ii) Epiq has not and will not furnish any material nonpublic information about the Debtors to DTI, DTI Topco, OMERS, Harvest, or the Parent Board Designees; (iii) no DTI, DTI Topco, OMERS or Harvest personnel, including the Parent Board Designees, work on Epiq client matters or have access to Epiq client information, client files, or client personnel; (iv) no DTI, DTI Topco, OMERS or Harvest personnel, including the Parent Board Designees, work in Epiq's offices; (v) other than the Parent Board Designees, Epiq

operates independently from DTI, DTI Topco, OMERS and Harvest, including that it does not share any employees, officers, or other management with OMERS or Harvest, has separate offices in separate buildings, and has separate IT systems; and (vi) no Epiq executive or employee is a director, officer, or employee of OMERS or Harvest (or vice versa other than the Parent Board Designees).

13. Epiq has searched the names of DTI, DTI Topco, OMERS and Harvest against the Debtors and the Potential Parties in Interest list provided by the Debtors. Based solely on the foregoing search, Epiq has determined, to the best of its knowledge, that there are no connections. Because of any applicable securities laws and the fact that Epiq operates independently from DTI, DTI Topco, OMERS and Harvest, prior to the Petition Date, Epiq was unable to further investigate with either OMERS or Harvest, to the extent necessary, any potential or actual connection between either OMERS or Harvest and the Debtors and the Potential Parties in Interest.

14. Epiq has working relationships with certain of the professionals retained by the Debtors and other parties herein, but such relationships are completely unrelated to the Chapter 11 Cases. Epiq has represented, and will continue to represent, clients in matters unrelated to the Chapter 11 Cases, and has had, and will continue to have, relationships in the ordinary course of its business with certain professionals in connection with matters unrelated to the Chapter 11 Cases.

15. Epiq has not been retained to assist any entity or person other than the Debtors on matters relating to, or in connection with, the Chapter 11 Cases. If Epiq's proposed retention is approved by the Court, Epiq will not accept any engagement or perform any service for any entity or person other than the Debtors in the Chapter 11 Cases.

16. Based on the foregoing, I believe Epiq is a "disinterested person" as that term is referenced in section 327(a) of the Bankruptcy Code and as defined in section 101(14) of the Bankruptcy Code. Moreover, to the best of my knowledge, neither Epiq nor any of its partners or employees hold or represent any interest adverse to the Debtors' estates with respect to any matter upon which Epiq is to be engaged.

17. Neither Epiq nor its affiliates are party to any agreements where it/they receive(s) consideration in exchange for transferring information derived from its role as a claims agent under 28 U.S.C. § 156(c) to non-client third parties.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: August 18, 2023

    */s/ Kathryn Tran*
    Kathryn Tran
    Consulting Director
    Epiq Corporate Restructuring, LLC

## SCHEDULE I

**Potential Parties in Interest**

**SCHEDULE I**
**Vesttoo, Ltd. et al.**
**Potential Parties in Interest**

| Type of Party-In-Interest | Party-in Interest |
|---|---|
| Debtors | Vesttoo Ltd. (Israel) |
| Debtors | Vescor Bay GP, L.P. |
| Debtors | Vescor Bay, L.P. |
| Debtors | Vesttoo Alpha Holdings Ltd. |
| Debtors | Vesttoo Alpha Manager Ltd. |
| Debtors | Vesttoo Alpha P&C Fund GP L.P. |
| Debtors | Vesttoo Alpha P&C Fund L.P. |
| Debtors | Vesttoo Alpha Special Purpose Trust |
| Debtors | Vesttoo Asset Management LLC |
| Debtors | Vesttoo Bay 103, Limited Partnership |
| Debtors | Vesttoo Bay FIFTEEN, Limited Partnership |
| Debtors | Vesttoo Bay One Hundred One, Limited Partnership |
| Debtors | Vesttoo Bay One Hundred Two, Limited Partnership |
| Debtors | Vesttoo Bay One Hundred, Limited Partnership |
| Debtors | Vesttoo Bay One Limited Partnership |
| Debtors | Vesttoo Bay X, Limited Partnership |
| Debtors | Vesttoo Bay XI, Limited Partnership |
| Debtors | Vesttoo Bay XII, Limited Partnership |
| Debtors | Vesttoo Bay XIII, Limited Partnership |
| Debtors | Vesttoo Bay XIV, Limited Partnership |
| Debtors | Vesttoo Bay XIX, Limited Partnership |
| Debtors | Vesttoo Bay XVI, Limited Partnership |
| Debtors | Vesttoo Bay XVII, Limited Partnership |
| Debtors | Vesttoo Bay XVIII, Limited Partnership |
| Debtors | Vesttoo Bay XX, Limited Partnership |
| Debtors | Vesttoo Bay XXI, Limited Partnership |
| Debtors | Vesttoo Bay XXII, Limited Partnership |
| Debtors | Vesttoo Bay XXIII, Limited Partnership |
| Debtors | Vesttoo Bay XXIV, Limited Partnership |
| Debtors | Vesttoo Bay XXV, Limited Partnership |
| Debtors | Vesttoo Bermudian Bay Ltd. |
| Debtors | Vesttoo Holdings Ltd. (Israel) |
| Debtors | Vesttoo Hong Kong Limited |
| Debtors | Vesttoo Japan Co., Ltd. |
| Debtors | Vesttoo Korea Inc. |
| Debtors | Vesttoo Malta Ltd. |
| Debtors | Vesttoo Malta Trading Ltd. |
| Debtors | Vesttoo Marketplace Ltd. |
| Debtors | Vesttoo Partners 101, L.P. |
| Debtors | Vesttoo Partners 102, L.P. |
| Debtors | Vesttoo Partners 103, L.P. |
| Debtors | Vesttoo Partners 104, L.P. |
| Debtors | Vesttoo Partners 105, L.P. |
| Debtors | Vesttoo Reinsurance Intermediary Services Inc. |
| Debtors | Vesttoo RT SPV LLC |
| Debtors | Vesttoo Securities (USA) LLC |
| Debtors | Vesttoo SPV Holdings LLC |
| Debtors | Vesttoo UK LTD |
| Debtors | Vesttoo US Inc. |
| Professionals | Kroll |
| Professionals | DLA Piper LLP |
| Professionals | Epiq Corporate Restructuring |
| Banks | Bank Hapoalim |
| Banks | Truist Financial |
| Banks | Bank Hapoalim B.M New York |
| Banks | HSBC Bank PLC |
| Banks | Dbs Bank (Hong Kong) Limited |
| Banks | Webster Bank |
| Banks | Hana Bank, Naejadong Branch |
| Banks | HSBC Bank Bermuda |
| Insurance | ACGS |
| Insurance | Beazley |
| Insurance | Chubb |
| Insurance | Howden |
| Insurance | Menora |
| Insurance | Nexus Partners Insurance |
| Insurance | Phoenix Insurance Company Ltd. |
| Insurance | Scottsdale Insurance Company |

| Type of Party-In-Interest | Party-in Interest |
|---|---|
| Insurance | StarStone National Insurance Company |
| Insurance | TOG Insurance Brokerage |
| Letters of Demand/Potential Litigation | Acrisure |
| Letters of Demand/Potential Litigation | AmBest |
| Letters of Demand/Potential Litigation | Aon |
| Letters of Demand/Potential Litigation | At-Bay |
| Letters of Demand/Potential Litigation | Atlantic |
| Letters of Demand/Potential Litigation | Beazley Lloyd's Syndicate No 5623 |
| Letters of Demand/Potential Litigation | Beazley Lloyd's Syndicate No 623 |
| Letters of Demand/Potential Litigation | Beazley Lloyd's Syndicate No 2623 |
| Letters of Demand/Potential Litigation | BMA |
| Letters of Demand/Potential Litigation | BMS |
| Letters of Demand/Potential Litigation | Carey Olsen |
| Letters of Demand/Potential Litigation | CCBNY |
| Letters of Demand/Potential Litigation | Chaucer |
| Letters of Demand/Potential Litigation | Chaucer Insurance Company DAC Republic Of Ireland |
| Letters of Demand/Potential Litigation | Chaucer Llyod's Syndicate 1084 |
| Letters of Demand/Potential Litigation | Clear Blue |
| Letters of Demand/Potential Litigation | Convex- Convex UK Ltd |
| Letters of Demand/Potential Litigation | Corinthian |
| Letters of Demand/Potential Litigation | CURE |
| Letters of Demand/Potential Litigation | Dashwood |
| Letters of Demand/Potential Litigation | Davies Group |
| Letters of Demand/Potential Litigation | Flux Syndicate 1985 |
| Letters of Demand/Potential Litigation | Gallagherre |
| Letters of Demand/Potential Litigation | GC (NY) |
| Letters of Demand/Potential Litigation | GuideOne |
| Letters of Demand/Potential Litigation | Hannover Re (ILS) Chubb |
| Letters of Demand/Potential Litigation | HodRe |
| Letters of Demand/Potential Litigation | Howden Tiger (United Auto) |
| Letters of Demand/Potential Litigation | Markel |
| Letters of Demand/Potential Litigation | Odin |
| Letters of Demand/Potential Litigation | Palomar |
| Letters of Demand/Potential Litigation | Prospect Capital |
| Letters of Demand/Potential Litigation | Skyward Specialty Insurance |
| Letters of Demand/Potential Litigation | Tower Hill (via Howden Tiger) |
| Letters of Demand/Potential Litigation | White Rock |
| Vendor | A.Ivgi,Technological lawyers |
| Vendor | Akim Israel |
| Vendor | Albar |
| Vendor | Alliant Retirement Services LLC |
| Vendor | AMAZON |
| Vendor | Amazon Web Service EMEA SARL |
| Vendor | Amon Moked |
| Vendor | Amos Amar |
| Vendor | Appleby (Bermuda) Limited |
| Vendor | Appleby Global Services |
| Vendor | Ariel Properties Group |
| Vendor | Ausgleichskasse Schwyz |
| Vendor | Aviv Bartele |
| Vendor | Aviva health |
| Vendor | Bar Digital |
| Vendor | Branded Cities LLC |
| Vendor | Cellcom |
| Vendor | CLIFFORD |
| Vendor | Collins Building services, INC |
| Vendor | Collins Startegy Group,LLC |
| Vendor | Daniel Raveh |
| Vendor | Davies |
| Vendor | Debate |
| Vendor | DFP Partners CPA, P.C |
| Vendor | DFP Regulatory Services LLC |
| Vendor | Dokka |
| Vendor | ELASTIC CLOUD |
| Vendor | Espircom |
| Vendor | Excellence |
| Vendor | EXPERTISE LIMITED |
| Vendor | FAEGREDRINKER |
| Vendor | Fartuch Moshe Eyal |
| Vendor | Future me (Hasheket Shelcha) |
| Vendor | Gene Kleinhendler 2011 Legal Firm |
| Vendor | Gilman Cafe |

| Type of Party-In-Interest | Party-in Interest |
|---|---|
| Vendor | Goldring Lowenthal Tamir |
| Vendor | Granolita |
| Vendor | GreenbergTraurig |
| Vendor | Growup |
| Vendor | G-stat LTD |
| Vendor | Haaretz |
| Vendor | Hibob |
| Vendor | howden |
| Vendor | Hubspot |
| Vendor | iCloudius Enterprise |
| Vendor | Jonatan Sako training |
| Vendor | JTG Consulting LTD |
| Vendor | Juno Journey Ltd |
| Vendor | Kost Forer Gabay and kasierer |
| Vendor | Kost Forer Gabay and kasierer |
| Vendor | Kroll Associates UK Limited |
| Vendor | Lease Car |
| Vendor | Levinstein tower |
| Vendor | Logica IT.team Ltd |
| Vendor | M.I Lahit Group Ltd |
| Vendor | Maya Goldstein |
| Vendor | mazars (Korea) |
| Vendor | McKinsey & Company, Inc.Israel |
| Vendor | Meitar law offices (USD) |
| Vendor | Meitar law offices (Vesttoo INC) |
| Vendor | Menora Mivtachim Group |
| Vendor | Merit Data & Technology Limited |
| Vendor | Michpal |
| Vendor | MILLIMAN ISRAEL LTD |
| Vendor | Mirage IT |
| Vendor | MIRAGE-IT |
| Vendor | Mojo Codes |
| Vendor | Mountain2 Valley |
| Vendor | Natali Bleich |
| Vendor | Nespresso Israel |
| Vendor | Odeya  Experience KnowHow |
| Vendor | Odin Capital Management |
| Vendor | OPTIMIZE RISK MANAGEMENT LTD |
| Vendor | Pastel Office Supplies |
| Vendor | Paul Zuckerman Consulting |
| Vendor | Perkins Coie LLP |
| Vendor | Priority |
| Vendor | Quench USA, Inc. |
| Vendor | R.D Maximus Air Conditioning Systems Ltd |
| Vendor | Scale Operations |
| Vendor | Shockwave Security, Ltd |
| Vendor | Sodexo |
| Vendor | Space for Change Design |
| Vendor | Sphere Consulting Services Ltd" |
| Vendor | Standards Institute of Israel |
| Vendor | Stefano Sola |
| Vendor | Strauss Water Ltd |
| Vendor | Talma |
| Vendor | Talma (HUL) |
| Vendor | talma shlomo - תיירות פנים |
| Vendor | Talma shlomo (HUL) |
| Vendor | Tel Aviv government |
| Vendor | Tel-ar  ltd |
| Vendor | The Joinings Limited |
| Vendor | Tricor Asia Limited |
| Vendor | Westmont Associates,Inc |
| Vendor | Willkie Farr- NY |
| Vendor | WISERSPREAD |
| Vendor | WRP |
| Vendor | ZOOM |
| Equity Holder | Alon Lifshitz |
| Equity Holder | ALPALI LP (Series 16) |
| Equity Holder | Ben Zickel |
| Equity Holder | Blockchain IL Ltd. |
| Equity Holder | BRV Special Opportunities Fund, SPC |
| Equity Holder | CHIMFIN 2 INVESTMENT SPV RSC LTD |
| Equity Holder | CLA Earth Moving Equipment Ltd |

| Type of Party-In-Interest | Party-in Interest |
|---|---|
| Equity Holder | Class AE Segregated Portfolio |
| Equity Holder | Class AF Segregated Portfolio |
| Equity Holder | Class AH Segregated Portfolio |
| Equity Holder | Class AR Segregated Portfolio |
| Equity Holder | Class AS Segregated Portfolio |
| Equity Holder | Class I Segregated Portfolio |
| Equity Holder | Class V Segregated Portfolio |
| Equity Holder | Creative Value Investments Ltd. |
| Equity Holder | Danbar Finance Ltd. |
| Equity Holder | ESOP Management and Trust Services Ltd. (in trust for Gaby Coopershmidt) |
| Equity Holder | ESOP Management and Trust Services Ltd. (in trust for Rita Baal Taxa) |
| Equity Holder | Eyal Sugar |
| Equity Holder | GILI L.P. Investments LP |
| Equity Holder | Gramercy LLA, LLC |
| Equity Holder | Grand Cayman, KY1-1108, Cayman Islands |
| Equity Holder | Hanaco II L.P. |
| Equity Holder | Joseph Haviv |
| Equity Holder | Longevitytech fund a.s. |
| Equity Holder | Matag Investments Ltd. |
| Equity Holder | MOH Candid 2020 SPV, LP |
| Equity Holder | Mouro Capital I LP |
| Equity Holder | MS&AD Ventures LLC |
| Equity Holder | NYCIF Program Holdings, LLC |
| Equity Holder | Plug & Play Venture Group, LLC |
| Equity Holder | Plug & Play Venture Group, LLC |
| Equity Holder | Progressor Enterprise, SE |
| Equity Holder | Redds Technology Fund 1, L.P. |
| Equity Holder | Steppe Investments Pte. Ltd. 20 Cecil Street, #14-01 Plus, Singapore 049705 |
| Equity Holder | Steven Michael Goldman |
| Equity Holder | STL Namos LP (Series 11) |
| Equity Holder | STL Namos LP (Series 6 Vesttoo Secondary) |
| Equity Holder | Tal Ginat |
| Equity Holder | Yaniv Bertele |
| Office of the United States Trustee | Andrew R. Vara |
| Office of the United States Trustee | Benjamin Hackman |
| Office of the United States Trustee | Christine Green |
| Office of the United States Trustee | Denis Cooke |
| Office of the United States Trustee | Diane Giordano |
| Office of the United States Trustee | Dion Wynn |
| Office of the United States Trustee | Edith A. Serrano |
| Office of the United States Trustee | Hannah M. McCollum |
| Office of the United States Trustee | Holly Dice |
| Office of the United States Trustee | James R. O'Malley |
| Office of the United States Trustee | Jane Leamy |
| Office of the United States Trustee | Joseph Cudia |
| Office of the United States Trustee | Joseph McMahon |
| Office of the United States Trustee | Juliet Sarkessian |
| Office of the United States Trustee | Lauren Attix |
| Office of the United States Trustee | Linda Casey |
| Office of the United States Trustee | Linda Richenderfer |
| Office of the United States Trustee | Michael Panacio |
| Office of the United States Trustee | Nyanquoi Jones |
| Office of the United States Trustee | Ramona Harris |
| Office of the United States Trustee | Richard Schepacarter |
| Office of the United States Trustee | Rosa Sierra-Fox |
| Office of the United States Trustee | Shakima L. Dortch |
| Office of the United States Trustee | Timothy J. Fox, Jr. |
| Judges | Dorsey, John T. |
| Judges | Goldblatt, Craig T. |
| Judges | Horan, Thomas M. |
| Judges | Owens, Karen B. |
| Judges | Shannon, Brendan L. |
| Judges | Silverstein, Laurie Selber |
| Judges | Stickles, J. Kate |
| Judges | Walrath, Mary F |

**SCHEDULE II**

**Client Match List**

NO MATCHES