**EXHIBIT C**

# Cash Flow Diagram

