# EXHIBIT A

## Corporate Structure Chart

ACTIVE\1602285258.2





Vesttoo - Holding Structure as of August 1, 2023

* non-Debtor entity