## EXHIBIT D

### List of Debtors' Bank Accounts[1]

|  | *Debtor Entity* | *Bank Name* | *Address* | *Account Number (Last 4)* |
|---|---|---|---|---|
| 1. | Vesttoo Ltd. | Bank Hapoalim | 4 Hatzoran Street, Netanya, Israel 4250604 | 7726 |
| 2. | Vesttoo Ltd. | Truist Financial | 214 N. Tryon St., Charlotte, NC, 28202 | 7316 |
| 3. | Vesttoo US Inc. | Bank Hapoalim B.M New York | 1120 Avenue of the Americas, New York, NY 10036 | 2400 |
| 4. | Vesttoo UK LTD | HSBC | 8 Canada Square London E14 5HQ United Kingdom | 3269 |
| 5. | Vesttoo UK LTD | HSBC | 8 Canada Square London E14 5HQ United Kingdom | 5964 |
| 6. | Vesttoo Hong Kong Limited | DBS Bank (Hong Kong) Limited | The Center, 99 Queen's Road Central, Central, Hong Kong | 3052 |
| 7. | Vesttoo Securities (USA) LLC | Webster Bank | 436 Slater Road New Britain, CT 06053 | 7730 |
| 8. | Vesttoo Korea Inc. | Hana Bank, Naejadong Branch | Namdong-gu, Namdong-daero 239 beon-gil 96 | 9071 |

[1]    As set forth in the Motion, Debtors and their professionals are conducting ongoing investigations to identify and verify additional bank accounts and cash positions.  To the extent the statements or descriptions set forth herein are inaccurate or incomplete, the Debtors will seek to either amend such statements or descriptions or provide further information to the Court and parties in interest during any hearings set to consider this Motion.

| | | | | |
|---|---|---|---|---|
| 9. | Vesttoo Korea Inc. | HSBC | 8 Canada Square London E14 5HQ United Kingdom | 5298 |
| 10. | Vesttoo Marketplace Ltd. | HSBC | 8 Canada Square London E14 5HQ United Kingdom | 9501 |
| 11. | Vesttoo Bay XVI, Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 4504 |
| 12. | Vesttoo Bay FIFTEEN, Limited | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 5063 |
| 13. | Vesttoo Bay XIV, Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 1831 |
| 14. | Vesttoo Bay XII, Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 4091 |
| 15. | Vesttoo Bay XX, Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 4520 |
| 16. | Vesttoo Bay XIX, Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 4636 |
| 17. | Vesttoo Bay XVI, Limited Partnership; | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 4571 |

| | | | |
|---|---|---|---|
| 18. | Vesttoo Bay XVII, Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 5039 |
| 19. | Vesttoo Bay XXV, Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 4415 |
| 20. | Vesttoo Bay XXIV, Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 4067 |
| 21. | Vesttoo Bay XXIII Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 4563 |
| 22. | Vesttoo Bay XXII Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 4849 |
| 23. | Vesttoo Bay 103, Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 4547 |
| 24. | Vesttoo Bay One Hundred Two, Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 4830 |
| 25. | Vesttoo Bay One Hundred One, Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 4644 |
| 26. | Vesttoo Bay One Hundred, Limited Partnership | Israel Discount Bank Ltd | P.O.B. 456, 27-31 Yehuda Halevy St, Tel Aviv-Yafo, 6513601, Israel | 5004 |

| 27. | Vesttoo Bay XII, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 6364 |
|---|---|---|---|---|
| 28. | Vesttoo Bay X, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 5181 |
| 29. | Vesttoo Bay XIV, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 5090 |
| 30. | Vesttoo Bay XVIII, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 6635 |
| 31. | Vesttoo Bay XIX, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 6695 |
| 32. | Vesttoo Bay XV, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 6800 |
| 33. | Vesttoo Bay XVII, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 6762 |
| 34. | Vesttoo Bay XIV, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 5010 |
| 35. | Vesttoo Bay XIV, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 4250 |
| 36. | Vesttoo Bay XX, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 8726 |
| 37. | Vesttoo Bay XVIII, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 7020 |

| 38. | Vesttoo Bay XVIII, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 6816 |
|---|---|---|---|---|
| 39. | Vesttoo Bay One Hundred, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 9818 |
| 40. | Vesttoo Bay One Hundred Two, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 9816 |
| 41. | Vesttoo Bay One Hundred One, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 9813 |
| 42. | Vesttoo Bay 103, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 9820 |
| 43. | Vesttoo Bay XXV, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 9878 |
| 44. | Vesttoo Bay XXI, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 9896 |
| 45. | Vesttoo Bay XXII, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 9898 |
| 46. | Vesttoo Bay XXIV, Limited Partnership | Truist Bank | 711 5th Ave 6th floor, New York, NY 10022 | 9901 |