IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VESTTOO LTD., *et al.*[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11160 (MFW)<br><br>(Joint Administration Requested)<br><br>**Re: D.I. 15** |

### DECLARATION OF R. CRAIG MARTIN IN SUPPORT OF MOTION FOR AN ORDER ENFORCING THE AUTOMATIC STAY AGAINST (I) WHITE ROCK INSURANCE (SAC) LTD. AND (II) THE PUTATIVE JOINT PROVISIONAL LIQUIDATORS OF THE DEBTORS SEGREGATED ACCOUNTS

I, R. Craig Martin, Esq., hereby declare as follows:

1. I am a partner of the law firm of DLA Piper LLP (US) ("**DLA Piper**"), with offices at 1251 Avenue of the Americas, 27th Floor, New York, New York 10020. I am a member in good standing of the bar of the State of Delaware and licensed to practice before this Court.

2. DLA Piper is counsel to above captioned debtors (the "Debtors") and debtors in possession in the above captioned Chapter 11 cases (the "Chapter 11 Cases")

3. I make this Declaration in support of Debtor's *Motion for An Order Enforcing the Automatic Stay Against (I) White Rock Insurance (Sac) Ltd. and (II) The Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts*.

4. There are press reports that White Rock commenced litigation against Vesttoo; however, I have been advised by Vesttoo's Israeli counsel that Vesttoo has not been served with any papers.

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

5. As of this filing, Carey Olson has not informed Debtors' counsel of any rulings or orders in Bermuda, other than to say that the Bermudian court had been aware of the chapter 11 cases.

6. **Exhibit A** is a true and correct copy of a White Rock Brochure available at: https://www.aon.com/getmedia/6cfa2770-33f6-458f-84db-09a27e33b94b/Aon_WhiteRock_Bro_Updt_final.pdf

7. **Exhibit B** is a true and correct copy of the Verified Petition for Injunctive Relief in Aid of Foreign Arbitration filed by White Rock in New York District Court, Case No. 23-mc-7065, White Rock Insurance (Sac) Ltd., V. Vesttoo Ltd *et al* (the "**New York Action**") [Docket No. 1].

8. **Exhibit C** is a true and correct copy of an *ex parte* TRO entered in the New York Action [Docket No. 27].

9. **Exhibit D** is a true and correct copy of a Suggestion of Bankruptcy filed by the Debtors in the New York Action [Docket No. 57].

10. **Exhibit E** is true and correct copy of a Supplemental Suggestion of Bankruptcy filed by the Debtors in the New York Action, [Docket No. 58].

11. **Exhibit F** is true and correct copy of an Order entered in the New York Action on August 15, 2023 [Docket No. 59].

12. **Exhibit G** is a true and correct copy of a Letter addressed to Judge Paul A. Engelmayer from James A. Mitchell filed in the New York Action [Docket No. 60].

13. **Exhibit H** is a true and correct copy of a Letter addressed to Judge Paul A. Engelmayer from Renita Sharma filed in the New York Action [Docket No. 62].

14. **Exhibit I** is a letter from Richard A. Chesley to Quinn Emanuel dated August 15, 2023.

15. **Exhibit J** is a true and correct copy of an Order vacating the TRO and placing the matter on the court's suspense docket entered in the New York Action [Docket No. 64].

16. **Exhibit K** is an August 16, 2023 email from Craig Martin to Kyle Masters.

17. **Exhibit L** is a letter from Quinn Emanuel to Richard A. Chesley dated August 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Wilmington Delaware         /s/ *R. Craig Martin*
      August 21, 2023         By: R. Craig Martin