# **Exhibit A**

## **White Rock Brochure**

The White Rock Group

# Securely-managed insurance solutions

Protected Cell, Incorporated Cell and Segregated Account Facilities

1848
WHITE ROCK

# Value Proposition

To provide clients with (re)insurance solutions without the costs, capital and complexity of parent company management time and expense that a wholly owned reinsurance subsidiary requires. White Rock helps clients achieve their target of lowering total cost of risk.

# White Rock Cell Solutions

- Over 25 years' experience
- Protected cells
- Segregated accounts
- Incorporated cells
- Sponsored insurance
- Over 250 cell companies
- Seven key locations (Bermuda/District of Columbia/Gibraltar/Guernsey/Isle of Man/Malta/Vermont)

Collateralized reinsurance (including life business)
Servicing all global industries

# Cell Company Legal Structure

- One legal entity – one company
- Two classes of share – core and cellular
- Unlimited number of cells
- Legal segregation of cells
- Flexible allocation of capital
- World-wide acceptance (45+ domiciles have similar legislation)
- White Rock works as a facility

# Advantages – White Rock

- Suitable for companies from all industries
- Suitable for various sized companies
- Flexible allocation of capital
- Risk management tool
- Aids in the reduction of loss volatility
- Supports balance sheet protection
- Efficient use of management time and resources
- Formal, legally enforceable insurance arrangement
- Speed of entry and exit
- Capacity to grow risk retention over the medium to long term
- Flexibility in program design
- Flexibility in policy wording with contract certainty
- Facilitates difference in conditions/different limits and deductible buy-downs
- Access to reinsurance capacity
- Strong and efficient cash flow benefits
- Control over information, risk management spend and cost of risk
- Management/mitigation of uninsurable risks
- Profit center potential
- Transformation of alternative third-party capital into (re)insurance capacity



Solution
1

# Fronting

Statutory segregation between cells
Cell 1
Cell 6
Cell 2
White Rock
PCC Core
Cell 5
Cell 3
Cell 4
Insured
Risks
Policy, Premiums & Claims
(Re)Insurer
reinsures
100%
Contract certainty over
Terms & Conditions
Capital efficient
as collateral free

## Details

- Efficient fronting arrangements
- Fast movement of funds
- Saving on collateral requirements
- Contract certainty for terms and conditions
- Capital efficient
- Program design alignment



Solution
2

# Retention

Statutory segregation between cells
Cell 1
Cell 6
Cell 2
White Rock PCC Core
Cell 5
Cell 3
Cell 4
Insured Risks
Market reinsurance excess of retention
Policy, Premiums & Claims
Policy, Premiums & Claims
Cell #4 = Self Retention Management platform
Using PCC as an alternative to a stand alone or as a stepping stone to a future stand alone (re)insurer

## Details

- Risk retention platform without the capital or management time required of insurance subsidiaries
- Set up and closure faster than insurance subsidiaries
- Ideal for those companies unsure about forming an insurance subsidiary as a way to get first experience of self retention
- Incubate new risk until performance has been measured

White Rock Group



# Run-Off and Warehousing

## Details

- De-risk (re)insurance subsidiary
- Facilitates the accelerated closure of insurance subsidiaries
- Free up capital
- Reduce management time
- Maintain contact with reserves running off professionally
- Release subsidiary pledges and guarantees



# Access to Reinsurance Market

## Details

- Access expanded pool of capacity in the reinsurance market
- Supports alignment of risk management program
- Provides additional capacity to enhance protection
- Allows for risk diversification and management of volatility
- Strengthens balance sheet support



# Insurance-Linked Securities / Collateralised Reinsurance

Statutory segregation between cells

## Details

- Provides capital market investors with flexible and innovative transformer facilities to directly access the reinsurance market
- Offers efficient turn-key solution to investors looking for ease and speed of set up and flexible ownership options, with minimal operational costs
- Extensive experience with establishing new protected and incorporated segregated account cells, as well as stand-alone vehicles, and provides all management services and oversight to the vehicles
- Utilizing transformer vehicles, capital market investors are provided the opportunity to participate in (re)insurance event risk, including property and life; in the absence of a clearly defined trigger event, the initial collateral and any associated proceeds will be realized by the investor
- Clients include dedicated Insurance Linked Securities (ILS) funds, (re)insurers, hedge funds, private equity funds, pension funds, banks and other financial institutions

# Contacts

**David Hogg**
Strategy and Delivery Leader
White Rock Group
david.x.hogg@aon.co.im
+44 7624 355 330
thewhiterockgroup.com

**Steve Britton**
Managing Director
Global ILS Management
steve.britton@aon.com
+1 441 505 3149
thewhiterockgroup.com

**Ciaran McCabe**
Underwriting Lead
White Rock Group
ciaran.mccabe@aon.com
+1 441 747 9024
thewhiterockgroup.com

**Stuart Brown**
Operations Leader
White Rock Group
stuart.brown@aon.co.gg
+44 07781 146 613
thewhiterockgroup.com

## About Aon

Aon plc (NYSE: AON) exists to shape decisions for the better — to protect and enrich the lives of people around the world. Our colleagues provide our clients in over 120 countries with advice and solutions that give them the clarity and confidence to make better decisions to protect and grow their business.

## About White Rock

White Rock is a leading group of insurance and reinsurance vehicles with operations in a number of key domiciles including Bermuda, District of Columbia, Gibraltar, Guernsey, Isle of Man, Malta and Vermont.

Owned by Aon, the White Rock Group offers clients a diverse suite of insurance solutions through the utilization of Protected Cell, Incorporated Cell and Segregated Account facilities.

The information contained herein and the statements expressed are of a general nature and are not intended to address the circumstances of any particular individual or entity. Although we endeavor to provide accurate and timely information and use sources we consider reliable, there can be no guarantee that such information is accurate as of the date it is received or that it will continue to be accurate in the future. No one should act on such information without appropriate professional advice after a thorough examination of the particular situation.

Aon UK Limited is authorized and regulated by the Financial Conduct Authority (FCA). The products and services detailed in this document are not regulated by the FCA.

