## **Exhibit C**

**TRO entered in the New York Action**

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITE ROCK INSURANCE (SAC) LTD., | Civil Action. No. 23 Civ. 7065 |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| VESTTOO LTD. and its subsidiaries,[1] | |
| Respondents. | |

Upon the the reading and filing of the Verified Petition dated August 10, 2023 and exhibits appended thereto, the Declaration of Renita Sharma dated August 10, 2023, the accompanying Memorandum of Law in Support of Verified Petition For Injunctive Relief In Aid of Foreign Arbitration, the argument of Petitioner White Rock Insurance (SAC) Ltd. ("**White Rock**"), by and through its counsel Quinn Emanuel Urquhart & Sullivan, LLP and such other and further submissions as may be made, and good and sufficient reason having been shown therefore, it is hereby:

ORDERED, that Respondents Vesttoo Ltd. and its subsidiaries listed in Exhibit 1 (Vesttoo Ltd. and its subsidiaries, collectively, "Vesttoo"), appear and show cause before the Hon. Paul A. Engelmayer, at **Courtroom 1305 of the Thurgood Marshall United States Courthouse**, 40 Foley Square, New York, New York, 10007, on **August 15, 2023 at 3:00 p.m.** or as soon thereafter as counsel may be heard, why an order should not be entered in this matter pursuant to Rule 65 of the Federal Rules of Civil Procedure preliminarily enjoining the Respondents, and any of their affiliates or others acting in concert or participation with them, during the pendency of this action and foreign arbitration proceeding, from transferring, withdrawing, assigning, alienating, selling,

---

[1] A list of Vesttoo Ltd.'s subsidiaries is attached hereto as **Exhibit 1**.

pledging, encumbering, concealing, hypothecating, or disposing any of its assets, including funds in Vesttoo's bank accounts, held in bank accounts with Truist Bank, except for funds in the amount of $1,000,000, necessary to pay Vesttoo's employees, taxes, and existing subcontractors and suppliers essential to Vesttoo's ordinary course operations, and

AND IT IS FURTHER ORDERED, that sufficient cause appearing therefor, pending the hearing and determination of Petitioner's motion for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, and it appearing that Petitioner will suffer immediate and irreparable harm before a hearing can be held on Petitioner's motion for a preliminary injunction, Respondents and any of their affiliates or others acting in concert and participation with them are hereby temporarily:

    (1) Enjoined from transferring, withdrawing, assigning, alienating, selling, pledging, encumbering, concealing, hypothecating, or disposing any of its assets, including funds in Vesttoo's bank accounts, held in bank accounts with Truist Bank, except for funds in the amount of $1,000,000, necessary to pay Vesttoo's employees, taxes, and existing subcontractors and suppliers essential to Vesttoo's ordinary course operations;

    (2) Ordered to direct Truist Bank to freeze the Vesttoo's accounts except for funds in the total amount of the equivalent of $1,000,000, necessary for the payment of Vestoo's employees, taxes and its existing subcontractors and suppliers essential to Vesttoo's ordinary course of operations.

AND IT IS FURTHER ORDERED, that leave to immediately commence document discovery and deposition discovery, commanding Vesttoo to respond to White Rock's document requests within 7 days of service, and commanding Truist Bank, Gaurav Wadhwa,

Lauren Smith, Daniel Goldfried, David Schonbrun, Oran Barkai, Minas Kalachian, Ron Adiel, Nick Graham, and Joseph Haviv to appear for deposition in the offices of White Rock's counsel, at a date to be noticed by White Rock's counsel 5 days prior to the deposition.

AND IT IS FURTHER ORDERED, that Petitioner shall provide a copy of this Order to Show Cause, together with papers upon which it is based, including the summons, petition, and motion of law, by email to Respondents' outside legal counsel Gina M. Parlovecchio at gparlovecchio@mayerbrown.com, by **August 10, 2023 at 7:00 p.m.,** which delivery shall constitute good and proper service;

AND IT IS FURTHER ORDERED, that opposition papers, if any, shall be served by email upon counsel for Respondent, Quinn Emanuel Urquhart & Sullivan, LLP, by delivery to Michael Carlinsky at michaelcarlinksy@quinnemanuel.com and Renita Sharma at renitasharma@quinnemanuel.com by **August 14, 2023 at 12:00 p.m.,** and by the same deadline filed on the docket of this case;

AND IT IS FURTHER ORDERED, that in this Court's discretion and based upon a balancing of the equities, which from the submissions herein overwhelmingly favor Petitioner, no bond is necessary and accordingly the Rule 65(c) bond requirement is hereby waived.

SO ORDERED.

Dated: New York, New York
August 10, 2023

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

3