# Exhibit D

## Suggestion of Bankruptcy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHITE ROCK INSURANCE (SAC) LTD., <br><br> Petitioner, <br><br> v. <br><br> VESTTOO LTD. and its subsidiaries, <br><br> Respondents. | Civil Action No. 1:23-cv-07065-PAE <br><br> **Suggestion of Bankruptcy** |

**PLEASE TAKE NOTICE** that, on August 14, 2023, the following entities filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware, which are requested to be jointly administered under case number 23-11160 (MFW):

1. Vesttoo US Inc. – Case No. 23-11159
2. Vesttoo Ltd. – Case No. 23-11160
3. Vesttoo SPV Holdings LLC – Case No. 23-11163
4. Vesttoo Reinsurance Intermediary Services Inc. – Case No. 23-11165
5. Vesttoo Asset Management LLC – Case No. 23-11166
6. Vesttoo Securities (USA) LLC – Case No. 23-11167

Pursuant to section 362(a) of the Bankruptcy Code, this lawsuit is stayed, and all actions taken in violation of the stay are null and void.

Dated: August 14, 2023
New York, New York

        Respectfully submitted,

        BALLARD SPAHR LLP

        */s/ James A. Mitchell*
        James A. Mitchell
        Marguerite A. O'Brien
        1675 Broadway, 19th Floor
        New York, NY 10019
        (212) 223-0200

Case 23-1-11065-MFW Doc 16 Filed 08/21/23 Page 3 of 2

2

mitchellj@ballardspahr.com
obrienma@ballardspahr.com

*Of Counsel*

Timothy D. Katsiff
Brittany M. Wilson
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500
katsifft@ballardspahr.com
wilsonbm@ballardspahr.com

*Counsel for Respondents Vesttoo Ltd. and its subsidiaries*

**Error! Unknown document property name.**