# **Exhibit E**

**Supplemental Suggestion of Bankruptcy**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WHITE ROCK INSURANCE (SAC) LTD., | |
| Petitioner, | |
| v. | Civil Action No. 1:23-cv-07065-PAE |
| VESTTOO LTD. and its subsidiaries, | **Suggestion of Bankruptcy** |
| Respondents. | |

**PLEASE TAKE NOTICE** that, on August 14 and 15, 2023, the following entities filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware, which are requested to be jointly administered under case number 23-11160 (MFW):

1. Vesttoo US Inc. [Case No. 23-11159 (MFW)]
2. Vesttoo Ltd. [Case No. 23-11160 (MFW)]
3. Vesttoo SPV Holdings LLC [Case No. 23-11163 (MFW)]
4. Vesttoo Reinsurance Intermediary Services Inc. [Case No. 23-11165 (MFW)]
5. Vesttoo Asset Management LLC [Case No. 23-11166 (MFW)]
6. Vesttoo Securities (USA) LLC [Case No. 23-11167 (MFW)]
7. Vesttoo UK Ltd. [Case No. 23-11186 (MFW)]
8. Vesttoo Japan Co., Ltd. [Case No. 23-11176 (MFW)]
9. Vesttoo Korea Inc. [Case No. 23-11177 (MFW)]
10. Vesttoo Holdings Ltd. [Case No. 23-11175 (MFW)]
11. Vesttoo Hong Kong Limited [Case No. 23-11210 (MFW)]
12. Vesttoo Malta Ltd. [Case No. 23-11178 (MFW)]
13. Vesttoo Malta Trading Ltd. [Case No. 23-11179 (MFW)]
14. Vesttoo Marketplace Ltd. [Case No. 23-11180 (MFW)]
15. Vesttoo Alpha Holdings Ltd. [Case No. 23-11169 (MFW)]
16. Vesttoo Bermudian Bay Ltd. [Case No. 23-11174 (MFW)]

17.  Vesttoo Alpha Special Purpose Trust [Case No. 23-11173 (MFW)]

18.  Vesttoo Alpha Manager Ltd. [Case No. 23-11170 (MFW)]

19.  Vesttoo Alpha P&C Fund GP, L.P. [Case No. 23-11171 (MFW)]

20.  Vesttoo Alpha P&C Fund L.P. [Case No. 23-11172 (MFW)]

21.  Vescor Bay GP, L.P. [Case No. 23-11188 (MFW)]

22.  Vescor Bay, L.P. [Case No. 23-11187 (MFW)]

23.  Vesttoo Partners 101, L.P. [Case No. 23-11181 (MFW)]

24.  Vesttoo Partners 102, L.P. [Case No. 23-11182 (MFW)]

25.  Vesttoo Partners 103, L.P. [Case No. 23-11183 (MFW)]

26.  Vesttoo Partners 104, L.P. [Case No. 23-11184 (MFW)]

27.  Vesttoo Partners 105, L.P. [Case No. 23-11185 (MFW)]

28.  Vesttoo Bay One Limited Partnership [Case No. 23-11194 (MFW)]

29.  Vesttoo Bay X, Limited Partnership [Case No. 23-11195 (MFW)]

30.  Vesttoo Bay XI, Limited Partnership [Case No. 23-11196 (MFW)]

31.  Vesttoo Bay XII, Limited Partnership [Case No. 23-11197 (MFW)]

32.  Vesttoo Bay XIII, Limited Partnership [Case No. 23-11198 (MFW)]

33.  Vesttoo Bay XIV, Limited Partnership [Case No. 23-11199 (MFW)]

34.  Vesttoo Bay FIFTEEN, Limited Partnership [Case No. 23-11190 (MFW)]

35.  Vesttoo Bay XVI, Limited Partnership [Case No. 23-11201 (MFW)]

36.  Vesttoo Bay XVII, Limited Partnership [Case No. 23-11202 (MFW)]

37.  Vesttoo Bay XVIII, Limited Partnership [Case No. 23-11203 (MFW)]

38.  Vesttoo Bay XIX, Limited Partnership [Case No. 23-11200 (MFW)]

39.  Vesttoo Bay XX, Limited Partnership [Case No. 23-11204 (MFW)]

40.  Vesttoo Bay XXI, Limited Partnership [Case No. 23-11205 (MFW)]

41.  Vesttoo Bay XXII, Limited Partnership [Case No. 23-11206 (MFW)]

42.  Vesttoo Bay XXIII, Limited Partnership [Case No. 23-11207 (MFW)]

43.  Vesttoo Bay XXIV, Limited Partnership [Case No. 23-11208 (MFW)]

44.  Vesttoo Bay XXV, Limited Partnership [Case No. 23-11209 (MFW)]

45.  Vesttoo Bay One Hundred, Limited Partnership [Case No. 23-11193 (MFW)]

46.  Vesttoo Bay One Hundred One, Limited Partnership [Case No. 23-11191 (MFW)]

47.  Vesttoo Bay One Hundred Two, Limited Partnership [Case No. 23-11192 (MFW)]

48.  Vesttoo Bay 103, Limited Partnership [Case No. 23-11189 (MFW)]

Pursuant to section 362(a) of the Bankruptcy Code, this lawsuit is stayed, and all actions taken in violation of the stay are null and void.

Dated: August 15, 2023
       New York, New York

                            Respectfully submitted,

                            BALLARD SPAHR LLP

                            */s/ James A. Mitchell*
                            James A. Mitchell
                            Marguerite A. O'Brien
                            1675 Broadway, 19th Floor
                            New York, NY 10019
                            (212) 223-0200
                            mitchellj@ballardspahr.com
                            obrienma@ballardspahr.com

                            *Of Counsel*

                            Timothy D. Katsiff
                            Brittany M. Wilson
                            1735 Market Street, 51st Floor
                            Philadelphia, PA 19103
                            (215) 665-8500
                            katsifft@ballardspahr.com
                            wilsonbm@ballardspahr.com

                            *Counsel for Respondents Vesttoo Ltd. and its subsidiaries*