# **Exhibit G**

# **Mitchell Letter**

# Ballard Spahr

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

James A. Mitchell
Tel: 212.223.0200 ext. 8006
Fax: 212.223.1942
mitchellj@ballardspahr.com

August 15, 2023

*By Electronic Filing*

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: White Rock Insurance (SAC) Ltd. v. Vesttoo Ltd., et al., No. 23-7065

Dear Judge Engelmayer:

We write on behalf of the Respondent entities in the above-referenced matter. With further apologies to the Court for this letter, we write to provide additional information concerning the Respondents' bankruptcy filings. Throughout the night, bankruptcy counsel for the Respondents filed a series of additional petitions under Ch. 11. Accordingly attached as Exhibit A to this letter is a revised Suggestion of Bankruptcy form indicating all of the filings made to the present, which we have just filed separately on ECF. This list includes all of the Respondent entities listed on Exhibit 1 of Petitioner's petition, with the exception of an entity entitled Vesttoo RT SPV LLC. As to that entity listed by Petitioner White Rock, because we have been unable to locate information concerning this entity to date, it does not appear to be an active entity, but we are in the process of confirming that.

We hope this information will address the issues raised in Your Honor's Order of this morning and allow for the adjournment of the hearing. We are of course prepared to appear at 3 p.m. should the Court want the parties to appear.

Respectfully submitted,

*James Mitchell*

James A. Mitchell

JAM/cc

Attachment

# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WHITE ROCK INSURANCE (SAC) LTD., <br><br> Petitioner, <br><br> v. <br><br> VESTTOO LTD. and its subsidiaries, <br><br> Respondents. | Civil Action No. 1:23-cv-07065-PAE <br><br> **Suggestion of Bankruptcy** |

**PLEASE TAKE NOTICE** that, on August 14 and 15, 2023, the following entities filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware, which are requested to be jointly administered under case number 23-11160 (MFW):

1. Vesttoo US Inc. [Case No. 23-11159 (MFW)]
2. Vesttoo Ltd. [Case No. 23-11160 (MFW)]
3. Vesttoo SPV Holdings LLC [Case No. 23-11163 (MFW)]
4. Vesttoo Reinsurance Intermediary Services Inc. [Case No. 23-11165 (MFW)]
5. Vesttoo Asset Management LLC [Case No. 23-11166 (MFW)]
6. Vesttoo Securities (USA) LLC [Case No. 23-11167 (MFW)]
7. Vesttoo UK Ltd. [Case No. 23-11186 (MFW)]
8. Vesttoo Japan Co., Ltd. [Case No. 23-11176 (MFW)]
9. Vesttoo Korea Inc. [Case No. 23-11177 (MFW)]
10. Vesttoo Holdings Ltd. [Case No. 23-11175 (MFW)]
11. Vesttoo Hong Kong Limited [Case No. 23-11210 (MFW)]
12. Vesttoo Malta Ltd. [Case No. 23-11178 (MFW)]
13. Vesttoo Malta Trading Ltd. [Case No. 23-11179 (MFW)]
14. Vesttoo Marketplace Ltd. [Case No. 23-11180 (MFW)]
15. Vesttoo Alpha Holdings Ltd. [Case No. 23-11169 (MFW)]
16. Vesttoo Bermudian Bay Ltd. [Case No. 23-11174 (MFW)]

17. Vesttoo Alpha Special Purpose Trust [Case No. 23-11173 (MFW)]
18. Vesttoo Alpha Manager Ltd. [Case No. 23-11170 (MFW)]
19. Vesttoo Alpha P&C Fund GP, L.P. [Case No. 23-11171 (MFW)]
20. Vesttoo Alpha P&C Fund L.P. [Case No. 23-11172 (MFW)]
21. Vescor Bay GP, L.P. [Case No. 23-11188 (MFW)]
22. Vescor Bay, L.P. [Case No. 23-11187 (MFW)]
23. Vesttoo Partners 101, L.P. [Case No. 23-11181 (MFW)]
24. Vesttoo Partners 102, L.P. [Case No. 23-11182 (MFW)]
25. Vesttoo Partners 103, L.P. [Case No. 23-11183 (MFW)]
26. Vesttoo Partners 104, L.P. [Case No. 23-11184 (MFW)]
27. Vesttoo Partners 105, L.P. [Case No. 23-11185 (MFW)]
28. Vesttoo Bay One Limited Partnership [Case No. 23-11194 (MFW)]
29. Vesttoo Bay X, Limited Partnership [Case No. 23-11195 (MFW)]
30. Vesttoo Bay XI, Limited Partnership [Case No. 23-11196 (MFW)]
31. Vesttoo Bay XII, Limited Partnership [Case No. 23-11197 (MFW)]
32. Vesttoo Bay XIII, Limited Partnership [Case No. 23-11198 (MFW)]
33. Vesttoo Bay XIV, Limited Partnership [Case No. 23-11199 (MFW)]
34. Vesttoo Bay FIFTEEN, Limited Partnership [Case No. 23-11190 (MFW)]
35. Vesttoo Bay XVI, Limited Partnership [Case No. 23-11201 (MFW)]
36. Vesttoo Bay XVII, Limited Partnership [Case No. 23-11202 (MFW)]
37. Vesttoo Bay XVIII, Limited Partnership [Case No. 23-11203 (MFW)]
38. Vesttoo Bay XIX, Limited Partnership [Case No. 23-11200 (MFW)]
39. Vesttoo Bay XX, Limited Partnership [Case No. 23-11204 (MFW)]
40. Vesttoo Bay XXI, Limited Partnership [Case No. 23-11205 (MFW)]
41. Vesttoo Bay XXII, Limited Partnership [Case No. 23-11206 (MFW)]
42. Vesttoo Bay XXIII, Limited Partnership [Case No. 23-11207 (MFW)]
43. Vesttoo Bay XXIV, Limited Partnership [Case No. 23-11208 (MFW)]
44. Vesttoo Bay XXV, Limited Partnership [Case No. 23-11209 (MFW)]
45. Vesttoo Bay One Hundred, Limited Partnership [Case No. 23-11193 (MFW)]
46. Vesttoo Bay One Hundred One, Limited Partnership [Case No. 23-11191 (MFW)]
47. Vesttoo Bay One Hundred Two, Limited Partnership [Case No. 23-11192 (MFW)]
48. Vesttoo Bay 103, Limited Partnership [Case No. 23-11189 (MFW)]

Pursuant to section 362(a) of the Bankruptcy Code, this lawsuit is stayed, and all actions taken in violation of the stay are null and void.

Dated: August 15, 2023
     New York, New York

Respectfully submitted,

BALLARD SPAHR LLP

/s/ James A. Mitchell
James A. Mitchell
Marguerite A. O'Brien
1675 Broadway, 19th Floor
New York, NY 10019
(212) 223-0200
mitchellj@ballardspahr.com
obrienma@ballardspahr.com

*Of Counsel*

Timothy D. Katsiff
Brittany M. Wilson
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500
katsifft@ballardspahr.com
wilsonbm@ballardspahr.com

*Counsel for Respondents Vesttoo Ltd. and its subsidiaries*