## **Exhibit H**

**Sharma Letter**

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7413**

WRITER'S EMAIL ADDRESS
**renitasharma@quinnemanuel.com**

August 15, 2023

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:     *White Rock Insurance (SAC) Ltd., v. Vesttoo LTD et al.*, 23-cv-07065 (PAE)

Dear Judge Engelmayer,

        As counsel for Petitioner White Rock Insurance (SAC) Ltd., we write in response to this morning's order regarding today's hearing.

        Petitioner requests that the Court maintain the 3 p.m. hearing today.  As noted in Your Honor's Order, the Suggestion of Bankruptcy filed with this Court (ECF No. 57) does not indicate that all subsidiaries named in this action have filed for bankruptcy.  Petitioner has reviewed the docket in the six voluntary petitions for relief identified in Respondents' Suggestion of Bankruptcy.  Those voluntary petitions identify, in their Annex A, a list of Vesttoo entities and subsidiaries that have sought relief under chapter 11.  However, that list does not include Respondent Vesttoo RT SPV LLC, a Delaware LLC that appears to be a Vesttoo subsidiary.

        To the extent Vesttoo entities have not sought relief under chapter 11, this action is not and should not be stayed, whether automatically or in the exercise of this Court's discretion. Petitioner respectfully requests that this Court permit Petitioner to proceed with the expedited discovery previously granted by this Court's Order to Show Cause (ECF No. 27) against Respondent Vesttoo RT SPV LLC and any other Vesttoo entities that have not sought relief under chapter 11.  In particular, Petitioner respectfully requests that it be permitted to take the depositions of the former Vesttoo employees identified in this Court's Order to Show Cause. Expedited discovery is necessary to allow White Rock to adduce evidence and better understand the facts concerning what appears to be a massive fraudulent scheme and to take steps as

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

expeditiously as possible to pursue complicit parties.

Respectfuly submitted,

*/s/ Renita Sharma*

Renita Sharma

cc:    all counsel of record via ECF