## **Exhibit I**

**Chesley Letter**



DLA Piper LLP (US)
444 West Lake Street
Suite 900
Chicago, Illinois 60606-0089
www.dlapiper.com

Richard A. Chesley
Richard.Chesley@us.dlapiper.com
T  312.368.3430
F  312.630.5330

August 15, 2023
*Via E-Mail*

Renita Sharma
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Attn: Renita Sharma
Email: renitasharma@quinnemanuel.com

**Re:    Vesttoo Ltd. - Violation of the Automatic Stay**

Dear Renita:

As you are aware, DLA Piper LLP (US) represents Vesttoo Ltd. and certain of its affiliated debtors and debtors in possession (collectively, the "Debtors") in the bankruptcy cases pending before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), for which the Debtors are seeking joint administration under Case No. 23-11160.

On August 14, 2023, DLA Piper filed a Suggestion of Bankruptcy [ECF No. 57] with the United States District Court for the Southern District of New York (the "District Court") in Civil Action No. 1:23-cv-07065-PAE, in which DLA Piper advised the District Court that Debtors Vesttoo Ltd., Vesttoo US Inc., Vesttoo SPV Holdings LLC, Vesttoo Reinsurance Intermediary Services Inc., Vesttoo Asset Management LLC, and Vesttoo Securities (USA) LLC had each filed bankruptcy petitions.  Over the course of the evening another 42 affiliated entities commenced cases that own, directly or indirectly, the assets of Vesttoo RT SPV LLC.  Pursuant to section 362(a) of the Bankruptcy Code, the entire action was stayed at 4:16 p.m. (ET) on August 14, 2023, with all actions in furtherance of the action a violation of the stay.

Notwithstanding the Suggestion of Bankruptcy, the filing of other affiliated bankruptcy cases, and the imposition of the automatic stay under section 362(a) of the Bankruptcy Code, your firm, on behalf of White Rock Insurance (SAC) Ltd. filed a letter with the District Court urging the District Court to maintain the hearing scheduled for today at 3:00 p.m.  Not only that, but your firm requested that it be permitted to take depositions of certain former Vesttoo employees.  Your firm did not file a request to sever the Vesttoo RT SPV LLC from the civil action, but rather chose to violate the automatic stay and seek to exercise control over property of the Debtors' estates.



Renita Sharma
August 15, 2023
Page Two

    DLA Piper, on behalf of the Debtors, hereby demand that Quinn Emanuel, whether on its own behalf or that of White Rock Insurance (SAC) Ltd., or any of its affiliates, cease to take any further action in violation of the automatic stay under section 362(a) of the Bankruptcy Code. Of course, should you or your client choose to further ignore the automatic stay, not only will any actions taken in violation of the automatic stay be vacated, but your actions subject you and your client to possible sanctions should these violations continue.

    The Debtors reserve any and all rights with respect to violations of the automatic stay, including, without limitation, to file a motion for sanctions with the Bankruptcy Court.

    Should you have any questions in regard to this matter, please do not hesitate to contact me.

Best regards,

Richard A. Chesley