# Exhibit A

## Court Listing for White Rock



# In The Supreme Court of Bermuda
## Civil and Commercial Court Schedule 2023
## Monday 14 August - Friday 18 August

**MONDAY 14 AUGUST 2023**

| | | Civil and Commercial Jurisdiction | Court Rm. | Assigned Judge | Approx.. Duration |
|---|---|---|---|---|---|

**TUESDAY 15 AUGUST 2023**

| | | Civil and Commercial Jurisdiction | | | |
|---|---|---|---|---|---|
| 9:30 | 2022/188 civ. | Gloyd Robinson -v- The Bermuda Civil Aviation et al | CC 1. | Hon. Hargun, CJ | 1 Day |

**WEDNESDAY 16 AUGUST 2023**

| | | Civil and Commercial Jurisdiction | | | |
|---|---|---|---|---|---|
| | | Registrar's Chambers | | | |
| 2:30 | 2016/433&434 civ. | HSBC Bank Bermuda Limited -v- Cape Verde Co. | Chambers | Registrar | 1 hr. |

**THURSDAY 17 AUGUST 2023**

| | | Thursday Chambers | | | |
|---|---|---|---|---|---|
| 9:30 | 12:30 | Commercial/Civil | | Hon. Hargun,CJ | |
| | | Civil and Commercial Jurisdiction | | | |
| 09:00 | 2021/56 civ. | AML Creditor Recovery Vehicle PTC -v- Madison Pacific Trust Limited et al | via zoom | Hon. Hargun,CJ | |
| | | Registrar's Chambers | | | |

**FRIDAY 18 AUGUST 2023**

| | | Civil and Commercial Jurisdiction | | | |
|---|---|---|---|---|---|
| 10:30 | 2023/261 civ. | In the Matter of White Rock Insurance SAC Limited | CC 1. | Hon. Hargun,CJ | 2.5 hrs. |

**\*Hon. Mussenden J, out of office - 31 July - 25 August 2023**
**\*DLBE 3rd Floor - Dame Lois Browne Evans Building**
**\*GAB 2nd Floor - Government Administration Building**