# Exhibit B

## Ms Tildesley's email to Mr Masters

| | |
|---|---|
| **From:** | Hannah Tildesley <htildesley@applebyglobal.com> |
| **Sent:** | Tuesday, August 15, 2023 3:17 PM |
| **To:** | Kyle Masters |
| **Cc:** | Jordan Knight |
| **Subject:** | Vesttoo, White Rock |

Dear Kyle,

As discussed, Craig's details herewith: https://www.dlapiper.com/en/people/m/martin-craig

Kind regards,

**HANNAH TILDESLEY**
**PARTNER | DISPUTE RESOLUTION**
Appleby (Bermuda) Limited
Tel: +1 441 298 3590 / Ext. 6123

**APPLEBY**

**BERMUDA** | **BVI** | **CAYMAN** | **GUERNSEY** | **HONG KONG** | **ISLE OF MAN** | **JERSEY** | **MAURITIUS** | **SEYCHELLES** | **SHANGHAI**
applebyglobal.com

