# Exhibit C

## Mr Martin's email to Mr Masters

| | |
|---|---|
| **From:** | Martin, Craig <craig.martin@us.dlapiper.com> |
| **Sent:** | Wednesday, August 16, 2023 5:24 PM |
| **To:** | kyle.masters@careyolsen.com |
| **Cc:** | Hannah Tildesley |
| **Subject:** | [EXTERNAL] In re Vesttoo Ltd., Case No. 23-11160-MFW |
| **Attachments:** | Vesttoo - Stay Violation Letter to QE and White Rock.pdf |

**This Message originated outside your organization.**

Dear Mr. Masters,

I understand from Ms. Tildesley that you may be acting for White Rock Insurance (SAC) Ltd. in connection with a court listing this Friday in Bermuda.  I further understand that your client's position is that the listed matter is confidential and that you are thus not able to speak with us about the listed hearing on this Friday, August 18, 2023.

While we understand your position of confidentiality, we do wish to inform you, as proposed counsel to the Chapter 11 Debtors that Vesttoo Ltd. and its subsidiaries, including each of the various Vesttoo Bay [__], Ltd. partnerships, many of which we understand may have entered into Participating Shareholder, Subscription, or other agreements related to various Segregated Cells with White Rock, filed Chapter 11 Petitions on August 14 and August 15, 20023 in the United States Bankruptcy Court for the District of Delaware.  As such, the Chapter 11 Debtors have an interest in the segregated cells associated with the Vesttoo Bay partnerships and any relief granted by a Bermuda Court with respect to them may have implications in the Chapter 11 cases.

I would thus request that to the extent relevant, especially in the context of an *ex parte* and confidential hearing, that you inform the Bermudian court of the fact of Vesttoo is under the protection of Chapter 11 in the United States.  While we would also ask that if the hearing is confidential that you inform the Court that Vesttoo would be willing to participate in any hearing, should the Bermudian Court make any rulings, findings, or enter any orders that purport to impact the Chapter 11 Debtors' interests, including the interests in any of the segregated cells, I further request that you advise me of those.  Also, for your file and record, when White Rock continued to press rights in the courts in New York yesterday after the chapter 11 cases were commenced, we were compelled to send its US counsel the attached correspondence.  I provide you a copy of this letter for your file and your convenient reference.

I do recall our conversation at the event in Bermuda just before the INSOL conference back in June and would of course be willing to have a discussion to see if there might be a way to work

together collaboratively to ensure the issues that Vesttoo and White Rock are facing can be managed in an efficient way.  Thus, please feel free to reach out to me by telephone if you have any questions regarding the content of this communication or the Chapter 11 cases or if you think any item in this letter requires further discussion.

Many kind Regards,

Craig

R. Craig Martin
*Partner*

T  +1 302 468 5655
F   +1 302 778 7834
M  +1 267 975 7962
craig.martin@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.