## Exhibit E

**Ms Tildesley's email to Mr Elkinson**

| | |
|---|---|
| **From:** | Hannah Tildesley <htildesley@applebyglobal.com> |
| **Sent:** | Friday, August 18, 2023 6:33 PM |
| **To:** | Ben Adamson; Jeffrey Elkinson; Britt Smith; George Barbieri |
| **Cc:** | John Wasty; James Batten; Jordan Knight |
| **Subject:** | In the Matter of White Rock Insurance (SAC) Ltd, urgent |
| **Attachments:** | 2023-08-18-11-58-57-Notice---The-Bermuda-Monetary-Authority-and-White-Rock-Bermuda-Jointly-Agree-to-Take-Action-to-Address-Alleged-Fraud-at-Vesttoo.pdf |

Dear All,

As you know, we act on behalf of Vesttoo Ltd.

Please as a matter of urgency provide a copy of all orders made at today's hearing in the above captioned matter and referred to in the attached BMA notice.

We will be writing further in relation to the hearing and the conduct of the same in due course and all of our clients rights are reserved.

Kind regards,

**HANNAH TILDESLEY**
**PARTNER | DISPUTE RESOLUTION**
Appleby (Bermuda) Limited
Tel: +1 441 298 3590 / Ext. 6123

# APPLEBY

**BERMUDA** | **BVI** | **CAYMAN** | **GUERNSEY** | **HONG KONG** | **ISLE OF MAN** | **JERSEY** | **MAURITIUS** | **SEYCHELLES** | **SHANGHAI**
applebyglobal.com

