## Exhibit F

**Ms Tildesley's email to Mr Thresh and Mr Morrison**

| | |
|---|---|
| **From:** | Hannah Tildesley <htildesley@applebyglobal.com> |
| **Sent:** | Saturday, August 19, 2023 8:41 AM |
| **To:** | Charlie Thresh; Mike Morrison |
| **Cc:** | John Wasty |
| **Subject:** | White Rock Insurance (SAC) Ltd |
| **Attachments:** | 2023-08-18-11-58-57-Notice---The-Bermuda-Monetary-Authority-and-White-Rock-Bermuda-Jointly-Agree-to-Take-Action-to-Address-Alleged-Fraud-at-Vesttoo.pdf |

Dear Both,

As you know, we act on behalf of Vesttoo Ltd.

Please provide, as a matter of urgency, a copy of the order(s) made at yesterday's hearing in the above captioned matter appointing your as JPLs in respect of the White Rock Vesttoo cells (referred to in the attached BMA notice).

Kind regards,

**HANNAH TILDESLEY**
**PARTNER | DISPUTE RESOLUTION**
Appleby (Bermuda) Limited
Tel: +1 441 298 3590 / Ext. 6123

**APPLEBY**

**BERMUDA** | **BVI** | **CAYMAN** | **GUERNSEY** | **HONG KONG** | **ISLE OF MAN** | **JERSEY** | **MAURITIUS** | **SEYCHELLES** | **SHANGHAI**
applebyglobal.com



1