# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> VESTTOO LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-11160 (MFW) <br><br> (Joint Administration Requested) |

*AMENDED*[2] **NOTICE OF FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS; NOTICE AND AGENDA OF HEARING ON FIRST DAY MOTIONS SCHEDULED FOR AUGUST 23, 2023, AT 11:30 A.M. (ET) IN COURTROOM 4**[3]

> **THIS HEARING WILL BE CONDUCTED BY ZOOM AND REQUIRES ALL VIRTUAL PARTICIPANTS TO REGISTER AT LEAST 2 HOURS IN ADVANCE.**
>
> **COURT CALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THIS HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsfuqppz8oE55AOXWK_c2vVM5vcdDARtc
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM**

**PLEASE TAKE NOTICE** that, on August 14 and 15, 2023, each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, as set forth below:

A. Voluntary Petitions

1. Vesttoo US Inc. [Case No. 23-11159 (MFW)] – [D.I. 1]

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

[2] **Amended items appear in bold.**

[3] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Debtors' proposed claims and noticing agent a https://dm.epiq11.com/vesttoot.

ACTIVE\1602312266.7

2. Vesttoo Ltd. [Case No. 23-11160 (MFW)] – [D.I. 1]

3. Vesttoo SPV Holdings LLC [Case No. 23-11163 (MFW)] – [D.I. 1]

4. Vesttoo Reinsurance Intermediary Services Inc. [Case No. 23-11165 (MFW)] – [D.I. 1]

5. Vesttoo Asset Management LLC [Case No. 23-11166 (MFW)] – [D.I. 1]

6. Vesttoo Securities (USA) LLC [Case No. 23-11167 (MFW)] – [D.I. 1]

7. Vesttoo UK Ltd. [Case No. 23-11186 (MFW)] – [D.I. 1]

8. Vesttoo Japan Co., Ltd. [Case No. 23-11176 (MFW)] – [D.I. 1]

9. Vesttoo Korea Inc. [Case No. 23-11177 (MFW)] – [D.I. 1]

10. Vesttoo Holdings Ltd. [Case No. 23-11175 (MFW)] – [D.I. 1]

11. Vesttoo Hong Kong Limited [Case No. 23-11210 (MFW)] – [D.I. 1]

12. Vesttoo Malta Ltd. [Case No. 23-11178 (MFW)] – [D.I. 1]

13. Vesttoo Malta Trading Ltd. [Case No. 23-11179 (MFW)] – [D.I. 1]

14. Vesttoo Marketplace Ltd. [Case No. 23-11180 (MFW)] – [D.I. 1]

15. Vesttoo Alpha Holdings Ltd. [Case No. 23-11169 (MFW)] – [D.I. 1]

16. Vesttoo Bermudian Bay Ltd. [Case No. 23-11174 (MFW)] – [D.I. 1]

17. Vesttoo Alpha Special Purpose Trust [Case No. 23-11173 (MFW)] – [D.I. 1]

18. Vesttoo Alpha Manager Ltd. [Case No. 23-11170 (MFW)] – [D.I. 1]

19. Vesttoo Alpha P&C Fund GP, L.P. [Case No. 23-11171 (MFW)] – [D.I. 1]

20. Vesttoo Alpha P&C Fund L.P. [Case No. 23-11172 (MFW)] – [D.I. 1]

21. Vescor Bay GP, L.P. [Case No. 23-11188 (MFW)] – [D.I. 1]

22. Vescor Bay, L.P. [Case No. 23-11187 (MFW)] – [D.I. 1]

23. Vesttoo Partners 101, L.P. [Case No. 23-11181 (MFW)] – [D.I. 1]

24. Vesttoo Partners 102, L.P. [Case No. 23-11182 (MFW)] – [D.I. 1]

ACTIVE\1602312266.7

25. Vesttoo Partners 103, L.P. [Case No. 23-11183 (MFW)] – [D.I. 1]

26. Vesttoo Partners 104, L.P. [Case No. 23-11184 (MFW)] – [D.I. 1]

27. Vesttoo Partners 105, L.P. [Case No. 23-11185 (MFW)] – [D.I. 1]

28. Vesttoo Bay One Limited Partnership [Case No. 23-11194 (MFW)] – [D.I. 1]

29. Vesttoo Bay X, Limited Partnership [Case No. 23-11195 (MFW)] – [D.I. 1]

30. Vesttoo Bay XI, Limited Partnership [Case No. 23-11196 (MFW)] – [D.I. 1]

31. Vesttoo Bay XII, Limited Partnership [Case No. 23-11197 (MFW)] – [D.I. 1]

32. Vesttoo Bay XIII, Limited Partnership [Case No. 23-11198 (MFW)] – [D.I. 1]

33. Vesttoo Bay XIV, Limited Partnership [Case No. 23-11199 (MFW)] – [D.I. 1]

34. Vesttoo Bay FIFTEEN, Limited Partnership [Case No. 23-11190 (MFW)] – [D.I. 1]

35. Vesttoo Bay XVI, Limited Partnership [Case No. 23-11201 (MFW)] – [D.I. 1]

36. Vesttoo Bay XVII, Limited Partnership [Case No. 23-11202 (MFW)] – [D.I. 1]

37. Vesttoo Bay XVIII, Limited Partnership [Case No. 23-11203 (MFW)] – [D.I. 1]

38. Vesttoo Bay XIX, Limited Partnership [Case No. 23-11200 (MFW)] – [D.I. 1]

39. Vesttoo Bay XX, Limited Partnership [Case No. 23-11204 (MFW)] – [D.I. 1]

40. Vesttoo Bay XXI, Limited Partnership [Case No. 23-11205 (MFW)] – [D.I. 1]

41. Vesttoo Bay XXII, Limited Partnership [Case No. 23-11206 (MFW)] – [D.I. 1]

42. Vesttoo Bay XXIII, Limited Partnership [Case No. 23-11207 (MFW)] – [D.I. 1]

43. Vesttoo Bay XXIV, Limited Partnership [Case No. 23-11208 (MFW)] – [D.I. 1]

44. Vesttoo Bay XXV, Limited Partnership [Case No. 23-11209 (MFW)] – [D.I. 1]

45. Vesttoo Bay One Hundred, Limited Partnership [Case No. 23-11193 (MFW)] – [D.I. 1]

46. Vesttoo Bay One Hundred One, Limited Partnership [Case No. 23-11191 (MFW)] – [D.I. 1]

47. Vesttoo Bay One Hundred Two, Limited Partnership [Case No. 23-11192 (MFW)] –

    [D.I. 1]

48. Vesttoo Bay 103, Limited Partnership [Case No. 23-11189 (MFW)] – [D.I. 1]

49. Vesttoo RT SPV LLC [Case No. 23-11212 (MFW)] – [D.I. 1]

**PLEASE TAKE FURTHER NOTICE** that, in addition to the filing of their voluntary petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "First Day Motions"):

B. First Day Motions

1. Motion of the Debtors for the Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [D.I. 3]

2. Amended Motion of the Debtors for the Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [D.I.4]

3. Motion of the Debtors for Entry of an Order (I) Authorizing Vesttoo Ltd. to Act as Foreign Representative Under 11 U.S.C. Sec. 1505, and (II) Granting Related Relief [D.I.5]

4. Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Redact or Withhold Publication of Certain Personally Identifiable Information, (II) Limiting Certain Equity Security Holdings Disclosures, and (III) Granting Related Relief [D.I. 6]

5. Motion of the Debtors for Entry of an Order Enforcing Sections 362, 365(e)(1), 525 and 541 of the Bankruptcy Code [D.I. 7]

6. Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders [D.I. 8]

7. Application of the Debtors for Entry of and Order Appointing EPIQ Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of the Petition Date [D.I. 9]

8. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation and Maintain and Continue Employee Benefit Programs, (II) Authorizing and Directing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (III) Granting Related Relief [D.I. 10]

9. Motion of the Debtors for Entry of an Interim and Final Order (I) Authorizing the Continued Use of the Debtors' Cash Management System, (II) Modifying Requirements of Section 345(b) of the Bankruptcy Code, and (III) Granting Related Relief [D.I. 11]

**Related Documents**:

    A.    Exhibit D to Motion of the Debtors for Entry of an Interim and Final Order (I) Authorizing the Continued Use of the Debtors' Cash Management System, (II) Modifying Requirements of Section 345(b) of the Bankruptcy Code, and (III) Granting Related Relief [D.I. 13]

10.    Declaration of Ami Barlev in Support of Chapter 11 Petitions and First Day Pleading [D.I. 12]

11.    **Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) LTD. and (II) The Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 15]**

12.    **Declaration of R. Craig Martin in Support of Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) LTD. and (II) The Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 16]**

13.    **Declaration of Hannah Tildesley in Support of Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) LTD. and (II) The Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 17]**

14.    **Declaration of John Wasty in Support of Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) LTD. and (II) The Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 18]**

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for August 23, 2023, at 11:30 a.m. (EDT) before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

Dated:  August 22, 2023　　　　　　　　**DLA PIPER LLP (US)**

　　　　　　　　　　　　　　　　　　*/s/ R. Craig Martin*
　　　　　　　　　　　　　　　　　　R. Craig Martin (DE 5032)
　　　　　　　　　　　　　　　　　　Stuart M. Brown (DE 4050)
　　　　　　　　　　　　　　　　　　Matthew Sarna (DE 6578)
　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 2100
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 468-5700
　　　　　　　　　　　　　　　　　　Facsimile: (302) 394-2341
　　　　　　　　　　　　　　　　　　Email: craig.martin@us.dlapiper.com
　　　　　　　　　　　　　　　　　　　　　　stuart.brown@us.dlapiper.com
　　　　　　　　　　　　　　　　　　　　　　matthew.sarna@us.dlapiper.com

　　　　　　　　　　　　　　　　　　*Proposed Counsel for the Debtors*

ACTIVE\1602312266.7