# EXHIBIT A

**Corporate Structure Chart**



