IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> VESTTOO LTD., *et al.*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-11160 (MFW) <br><br> (Joint Administration Requested) <br><br> **Related D.I. 15** |

**CERTIFICATION OF COUNSEL REGARDING MOTION FOR AN ORDER ENFORCING THE AUTOMATIC STAY AGAINST(I) WHITE ROCK INSURANCE (SAC) LTD. AND (II) THE PUTATIVE JOINT PROVISIONAL LIQUIDATORS OF THE DEBTORS' SEGREGATED ACCOUNTS**

The undersigned hereby certifies that:

1. On August 21, 2023, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts* [D.I. 15] (the "**Motion**"). A proposed form of order was attached to the Motion (the "**Proposed Order**").

2. Since the filing of the Motion, counsel for the Debtors engaged in discussions with counsel for White Rock Insurance (SAC) Ltd. ("**White Rock**") and Charles Thresh and Michael Morrison of Teneo (Bermuda) Limited in their capacities as putative Joint Provisional Liquidators (the "**JPL**s").

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

3. The Debtors, White Rock, and the JPLs have reached agreement on a revised form of Proposed Order granting certain relief requested in the Motion on an interim basis (the "Revised Proposed Order"). A copy of the Revised Proposed Order is attached hereto as **Exhibit A**.

4. For the convenience of the Court, a blackline reflecting the revisions to the Proposed Order is attached hereto as **Exhibit B**.

5. The Debtors intend to present the Revised Proposed Order to the Court at the hearing to consider the Motion.

| | |
|---|---|
| Dated: August 23, 2023<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br>R. Craig Martin (DE 5032)<br>Stuart M. Brown (DE 4050)<br>Matthew Sarna (DE 6578)<br>1201 N. Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: craig.martin@us.dlapiper.com<br>           stuart.brown@us.dlapiper.com<br>           matthew.sarna@us.dlapiper.com<br><br>*Proposed Counsel for the Debtors*<br><br>-and-<br><br>/s/ *Matthew G. Summers*<br>Matthew G. Summers (DE 5533)<br>Laurel D. Roglen (DE 5759)<br>Margaret A. Vesper (DE 6995)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4428<br>Facsimile: (302) 252-4466<br>E-mail: summersm@ballardspahr.com<br>           roglenl@ballardspahr.com |