**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VESTTOO LTD., *et al.*[1] | Case No. 23-11160 (MFW) |
| Debtors. | (Jointly Administered) |
| | Related D.I. 10 |

**CERTIFICATION OF COUNSEL REGARDING INTERIM ORDER (I) AUTHORIZING THE DEBTORS TO PAY CERTAIN PREPETITION WAGES AND COMPENSATION AND MAINTAIN AND CONTINUE EMPLOYEE BENEFIT PROGRAMS AND (II) AUTHORIZING AND DIRECTING BANKS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH EMPLOYEE OBLIGATIONS**

I, Stuart M. Brown, an attorney with DLA Piper LLP (US), as proposed counsel to Vesttoo Ltd. and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, hereby certify the following:

1.      On August 17, 2023, the Debtors filed the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation and Maintain and Continue Employee Benefit Programs, (II) Authorizing and Directing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (III) Granting Related Relief* [D.I. 10] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").  On August 23, 2023, the Court held a hearing to consider the Motion, as well as other first day pleadings.

---

[1]      Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

2.      In accordance with the Debtors' colloquy with the Court at the hearing and prior discussions with the Office of the United States Trustee for Region 3, the Debtors have revised the proposed form of order granting the relief requested in the Motion (the "<u>Revised Proposed Order</u>").

3.      Specifically, the Debtors have removed from the interim relief requested the line item for "Termination Payments", and instead will seek authority to make such interim payments at the hearing schedule for August 29, 2023 at 10:30 a.m. (ET).

4.      A copy of the Revised Proposed Order is attached hereto as **<u>Exhibit A</u>**.  A redline comparing the original proposed order filed as an exhibit to the Motion and the Revised Proposed Order, to which the parties have agreed, is attached hereto as **<u>Exhibit B</u>**.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order, attached hereto as **<u>Exhibit A</u>**, at the earlier convenience of the Court.

Dated: August 23, 2023
      Wilmington, Delaware

**DLA PIPER LLP (US)**

*/s/ Stuart M. Brown*
R. Craig Martin (DE 5032)
Stuart M. Brown (DE 4050)
Matthew Sarna (DE 6578)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: craig.martin@us.dlapiper.com
      stuart.brown@us.dlapiper.com
      matthew.sarna@us.dlapiper.com

*Proposed Counsel for the Debtors*