IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VESTTOO LTD., *et al.*[1] | Case No. 23-11160 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Related D.I. 10** |

**CERTIFICATION OF COUNSEL REGARDING ORDER (I) AUTHORIZING THE CONTINUED USE OF THE DEBTORS' CASH MANAGEMENT SYSTEM, (II) MODIFYING REQUIREMENTS OF SECTION 345 OF THE BANKRUPTCY CODE, AND (III) GRANTING RELATED RELIEF**

I, Stuart M. Brown, an attorney with DLA Piper LLP (US), as proposed counsel to Vesttoo Ltd. and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, herby certify the following:

1. On August 18, 2023, the Debtors filed the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Continued Use of the Debtors' Cash Management System, (II) Modifying Requirements of Section 345 of the Bankruptcy Code, and (III) Granting Related Relief* [D.I. 11] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). On August 23, 2023, the Court held a hearing to consider the Motion, as well as other first day pleadings.

2. In accordance with the Debtors' colloquy with the Court at the hearing and prior discussions with the Office of the United States Trustee for Region 3 and other interested parties, the Debtors have revised the proposed form of order granting the relief requested in the Motion

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

(the "Revised Proposed Order").  A copy of the Revised Proposed Order is attached hereto as **Exhibit A**.  A redline comparing the original proposed order filed as an exhibit to the Motion and the Revised Proposed Order, to which the parties have agreed, is attached hereto as **Exhibit B**.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order, attached hereto as **Exhibit A**, at the earlier convenience of the Court.

| | |
|---|---|
| Dated: August 23, 2023<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br>/s/ *Stuart M. Brown*<br>R. Craig Martin (DE 5032)<br>Stuart M. Brown (DE 4050)<br>Matthew Sarna (DE 6578)<br>1201 N. Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: craig.martin@us.dlapiper.com<br>         stuart.brown@us.dlapiper.com<br>         matthew.sarna@us.dlapiper.com<br><br>*Proposed Counsel for the Debtors* |