IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VESTTOO LTD., *et al.*[1] | Case No. 23-11160 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Related D.I. 7** |

**CERTIFICATION OF COUNSEL REGARDING ORDER ENFORCING SECTIONS
362, 365(e)(1), 525 AND 541 OF THE BANKRUPTCY CODE**

I, Stuart M. Brown, an attorney with DLA Piper LLP (US), as proposed counsel to Vesttoo Ltd. and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, herby certify the following:

1. On August 17, 2023, the Debtors filed the *Motion of the Debtors for Entry of an Order Enforcing Sections 362, 365(e)(1), 525 and 541 of the Bankruptcy Code* [D.I. 7] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). On August 23, 2023, the Court held a hearing to consider the Motion, as well as other first day pleadings.

2. In accordance with the Debtors' colloquy with the Court at the hearing, the Debtors have revised the proposed form of order granting the relief requested in the Motion (the "Revised Proposed Order"). A copy of the Revised Proposed Order is attached hereto as **Exhibit A**. A redline comparing the original proposed order filed as an exhibit to the Motion and the Revised Proposed Order, to which the Office of the United States Trustee for Region 3 has agreed, is attached hereto as **Exhibit B**.

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

ACTIVE\1602525546.2

    **WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Proposed Order, attached hereto as **Exhibit A**, at the earlier convenience of the Court.

| | |
|---|---|
| Dated: August 23, 2023<br>       Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br>*/s/ Stuart M. Brown*<br>R. Craig Martin (DE 5032)<br>Stuart M. Brown (DE 4050)<br>Matthew Sarna (DE 6578)<br>1201 N. Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: craig.martin@us.dlapiper.com<br>       stuart.brown@us.dlapiper.com<br>       matthew.sarna@us.dlapiper.com<br><br>*Proposed Counsel for the Debtors* |