**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| VESTTOO LTD., *et al.*[1] | Case No. 23-11160 (MFW) |
| Debtors. | (Jointly Administered) |
|  | **Related D.I. 6** |

**CERTIFICATION OF COUNSEL REGARDING ORDER (I) AUTHORIZING THE
DEBTORS TO REDACT OR WITHHOLD PUBLICATION OF CERTAIN
PERSONALLY IDENTIFIABLE INFORMATION, (II) LIMITING CERTAIN EQUITY
SECURITY HOLDINGS DISCLOSURES, AND (III) GRANTING RELATED RELIEF**

I, Stuart M. Brown, an attorney with DLA Piper LLP (US), as proposed counsel to Vesttoo

Ltd. and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-

captioned chapter 11 cases, herby certify the following:

1.     On August 17, 2023, the Debtors filed the *Motion of the Debtors for Entry of an

Order (I) Authorizing the Debtors to Redact or Withhold Publication of Certain Personally

Identifiable Information, (II) Limiting Certain Equity Security Holdings Disclosures, and (III)

Granting Related Relief* [D.I. 6] (the "Motion") with the United States Bankruptcy Court for the

District of Delaware (the "Court").  On August 23, 2023, the Court held a hearing to consider the

Motion, as well as other first day pleadings.

2.     In accordance with the Debtors' colloquy with the Court at the hearing and prior

discussions with the Office of the United States Trustee for Region 3, the Debtors have revised the

proposed form of order granting the relief requested in the Motion (the "Revised Proposed Order").

A copy of the Revised Proposed Order is attached hereto as **Exhibit A**.  A redline comparing the

---

[1]     Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

original proposed order filed as an exhibit to the Motion and the Revised Proposed Order, to which

the parties have agreed, is attached hereto as **Exhibit B**.

       **WHEREFORE**, the Debtors respectfully request that the Court enter the Revised

Proposed Order, attached hereto as **Exhibit A**, at the earlier convenience of the Court.

Dated: August 23, 2023                     **DLA PIPER LLP (US)**
      Wilmington, Delaware

                                */s/ Stuart M. Brown*
                                R. Craig Martin (DE 5032)
                                Stuart M. Brown (DE 4050)
                                Matthew Sarna (DE 6578)
                                1201 N. Market Street, Suite 2100
                                Wilmington, Delaware 19801
                                Telephone: (302) 468-5700
                                Facsimile: (302) 394-2341
                                Email: craig.martin@us.dlapiper.com
                                         stuart.brown@us.dlapiper.com
                                         matthew.sarna@us.dlapiper.com

                                *Proposed Counsel for the Debtors*