| Information to identify the case: | |
|---|---|
| Debtor    **Vesttoo Ltd.** | EIN:    51-5935344 |
| United States Bankruptcy Court for the: **District of Delaware** | |
| Case number: **23-11160 (MFW)** | Date cases filed for chapter 11: 8/14/23-8/15/23 |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case     10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1. Debtor's full name:  Vesttoo Ltd.

2. **All other names used in the last 8 years:** N/A

| Jointly Administered Cases | Case No. | TAX ID No. |
|---|---|---|
| Vesttoo US Inc. | 23-11159 | 87-1031798 |
| Vesttoo SPV Holdings LLC | 23-11163 | 88-3913125 |
| Vesttoo Reinsurance Intermediary Services Inc. | 23-11165 | 88-3919992 |
| Vesttoo Asset Management LLC | 23-11166 | 88-4115957 |
| Vesttoo Securities (USA) LLC | 23-11167 | 36-4993751 |
| Vesttoo Alpha Holdings Ltd. | 23-11169 | n/a |
| Vesttoo Alpha Manager Ltd. | 23-11170 | n/a |
| Vesttoo Alpha P&C Fund GP, L.P. | 23-11171 | n/a |
| Vesttoo Alpha P&C Fund L.P. | 23-11172 | BMA No. FPROB02357 |
| Vesttoo Alpha Special Purpose Trust | 23-11173 | n/a |
| Vesttoo Bermudian Bay Ltd. | 23-11174 | n/a |
| Vesttoo Holdings Ltd. | 23-11175 | 51-6239555 |
| Vesttoo Japan Co., LTD. | 23-11176 | n/a |
| Vesttoo Korea Inc. | 23-11177 | n/a |
| Vesttoo Malta Ltd. | 23-11178 | C 104793 |

| | | |
|---|---|---|
| Vesttoo Malta Trading Ltd. | 23-11179 | C 105226 |
| Vesttoo Marketplace Ltd. | 23-11180 | n/a |
| Vesttoo Partners 101, L.P. | 23-11181 | 202302356 |
| Vesttoo Partners 102, L.P. | 23-11182 | 202302357 |
| Vesttoo Partners 103, L.P. | 23-11183 | 202302358 |
| Vesttoo Partners 104, L.P. | 23-11184 | 202302359 |
| Vesttoo Partners 105, L.P. | 23-11185 | 202302360 |
| Vesttoo UK LTD | 23-11186 | 14271331 |
| Vescor Bay, L.P. | 23-11187 | n/a |
| Vescor Bay GP, L.P. | 23-11188 | n/a |
| Vesttoo Bay 103, Limited Partnership | 23-11189 | n/a |
| Vesttoo Bay FIFTEEN, Limited Partnership | 23-11190 | n/a |
| Vesttoo Bay One Hundred One, Limited Partnership | 23-11191 | n/a |
| Vesttoo Bay One Hundred Two, Limited Partnership | 23-11192 | n/a |
| Vesttoo Bay One Hundred, Limited Partnership | 23-11193 | n/a |
| Vesttoo Bay One Limited Partnership | 23-11194 | n/a |
| Vesttoo Bay X, Limited Partnership | 23-11195 | n/a |
| Vesttoo Bay XI, Limited Partnership | 23-11196 | n/a |
| Vesttoo Bay XII, Limited Partnership | 23-11197 | n/a |
| Vesttoo Bay XIII, Limited Partnership | 23-11198 | n/a |
| Vesttoo Bay XIV, Limited Partnership | 23-11199 | n/a |
| Vesttoo Bay XIX, Limited Partnership | 23-11200 | n/a |
| Vesttoo Bay XVI, Limited Partnership | 23-11201 | n/a |
| Vesttoo Bay XVII, Limited Partnership | 23-11202 | n/a |
| Vesttoo Bay XVIII, Limited Partnership | 23-11203 | n/a |
| Vesttoo Bay XX, Limited Partnership | 23-11204 | n/a |
| Vesttoo Bay XXI, Limited Partnership | 23-11205 | n/a |
| Vesttoo Bay XXII, Limited Partnership | 23-11206 | n/a |
| Vesttoo Bay XXIII, Limited Partnership | 23-11207 | n/a |
| Vesttoo Bay XXIV, Limited Partnership | 23-11208 | n/a |
| Vesttoo Bay XXV, Limited Partnership | 23-11209 | n/a |
| Vesttoo Hong Kong Limited | 23-11210 | n/a |
| Vesttoo RT SPV LLC | 23-11212 | n/a |

3. **Address:** 23 Menachem Begin Street, Tel Aviv 5518356, Israel

4. **Debtor's attorney**
   Name and address

   Craig Martin
   Stuart M. Brown
   Matthew Sarna
   **DLA Piper LLP (US)**
   1201 N. Market Street, Suite 2100
   Wilmington, DE 19801

   Contact phone    (302) 468-5700
   Email    Craig.martin@us.dlapiper.com
   Stuart.brown@us.dlapiper.com
   Matthew.sarna@us.dlapiper.com

5. **Bankruptcy clerk's office**
   Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov.

   **824 N. Market Street, 3rd Floor**
   **Wilmington, DE 19801**

   Hours open  Monday − Friday 8:00 AM − 4:00 PM
   Contact phone 302-252-2900

| | | | |
|---|---|---|---|
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. | **September 18, 2023, at 9:30 a.m. (ET)** | **Location: Telephonic Only**<br><br>**Dial In: 1-866-621-1355**<br>**Passcode: 7178157#** |
| | Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | |
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | **Not yet set. If a deadline is set, the court will send you another notice.** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>■ your claim is designated as disputed, contingent, or unliquidated;<br>■ you file a proof of claim in a different amount; or<br>■ you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint: November 17, 2023** | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

**If you have questions about this notice, please contact the Debtors' Claims and Noticing Agent, Epiq Corporate Restructuring, LLC, at 1 (877) 209-1420 (Toll Free) 1 (503) 549-1087 (International), or by email at Vesttoo@epiqglobal.com.**

**You may also find out more information at https://dm.epiq11.com/Vesttoo**