IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>VESTTOO LTD., *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-11160 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objections Due: TBD** |

### MOTION TO SHORTEN THE NOTICE PERIOD FOR CONSIDERATION AND LIMITING NOTICE OF THE UNITED STATES TRUSTEE'S MOTION FOR ENTRY OF AN ORDER CONVERTING THE CASES TO CHAPTER 7 CASES

In support of his motion to shorten and limit notice of the *United States Trustee's Motion for Entry of an Order Converting the Cases to Chapter 7 Cases* ("Motion to Shorten"), Andrew R. Vara, United States Trustee for Regions Three and Nine (the "U.S. Trustee"), by and through his counsel, avers:

1. Concurrently herewith, the U.S. Trustee has filed his *Motion for Entry of an Order Converting the Cases to Chapter 7 Cases* ("Conversion Motion").[2] The grounds for the Conversion Motion include that the Debtors (i) are unable to reorganize, (ii) have admitted to massive prepetition fraud, and (iii) have made unauthorized payments to professionals postpetition. In the Conversion Motion, the U.S. Trustee avers that it is in the best interests of these estates to convert the cases to ones under chapter 7 for the purpose of allowing an independent fiduciary to monetize the Debtors' assets and pursue causes of action against the Debtors' management, rather than having the assets of the estates dissipate as the result of

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo..

[2] Terms not otherwise defined in the Motion to Shorten shall have the same meaning as in the Conversion Motion.

disagreement regarding the direction of these chapter 11 cases.

2. The underlying facts to determine cause for conversion are essentially the same which the Committee asserts in its filed motion (the "CMTE") are grounds for terminating the Debtors' exclusivity to file and solicit a plan in these cases. See (D.I. 269).

3. Hearing the U.S. Trustee's Conversion Motion on the November 8, 2023 hearing date promotes judicial economy and provides the Court with an alternative to granting or denying the CMTE that will address pervasive issues in these cases.

4. The U.S. Trustee therefore requests that this Court shorten notice pursuant to Local Bankruptcy Rule 9006-1(e) and set a hearing date for the Conversion Motion for November 8, 2023 at 10:30 a.m. (the next scheduled omnibus hearing date and date noticed for the CMTE) with an objection deadline (i) for oral objections, at the time of hearing for the Conversion Motion and (ii) for written objections, 12 noon on November 7, 2023

5. The U.S. Trustee proposes to limit service of the Conversion Motion to (a) the Debtors and their counsel, (b) the Committee and its counsel, and (c) all parties-in-interest who have requested notice in this case (the "Notice Parties") pursuant to Bankruptcy Rule 2002 through CM/ECF and e-mail. The U.S. Trustee requests that the Court modify the service requirements to obviate service of hard copies on all creditors as would be required by Bankruptcy Rule 2002(a)(4).

6. The U.S. Trustee has conferred with the Debtors and the Committee regarding the Motion to Shorten pursuant to Local Rule 9006-1(e). Counsel to the Debtors indicated that the Debtors take no position on the U.S. Trustee's request to shorten notice. Counsel to the Committee responded that the Committee does not object to the U.S. Trustee's request to shorten

notice.

    WHEREFORE the U.S. Trustee requests that this court shorten notice of the Conversion Motion as provided herein. A proposed form of order granting the motion to shorten notice is attached.

                          Respectfully submitted,

                          **ANDREW R. VARA**
                          **UNITED STATES TRUSTEE**

Dated: October 27, 2023       **BY:** _/s/ Timothy J. Fox_
                                      Timothy J. Fox, Jr.
                                      Trial Attorney
                                      Office of the United States Trustee
                                      J. Caleb Boggs Federal Building
                                      844 King Street, Suite 2207, Lockbox 35
                                      Wilmington, DE 19801
                                      (302) 573-6491
                                      (302) 573-6497 (Fax)
                                      Email: Timothy.Fox@usdoj.gov