**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VESTTOO LTD., *et al.*,[1] | Case No. 23-11160 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR**
**NOVEMBER 2, 2023, AT 3:00 P.M. (ET) IN COURTROOM 4[2]**

> **THIS HEARING WILL BE CONDUCTED BY ZOOM AND REQUIRES ALL VIRTUAL PARTICIPANTS TO REGISTER AT LEAST 2 HOURS IN ADVANCE.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THIS HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItdemgqDMtGZwipeNRVWnqDsbTEKW-t_0
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM.**
>
> **AFTER REGISTERING, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE MEETING.**

**MATTERS GOING FORWARD:**

1. Motion of the Debtors for Entry of a (I) A Protective Order Under Fed. R. Civ. P. 26(c) and (II) an Order Quashing the Committee's Deposition Requests Under Local Rule 7030-1(c) [D.I. 280; Filed 10/26/23].

    **Response Deadline:** November 1, 2023, at 4:00 p.m. (ET).

    **Related Documents:**

    A.  Notice of Filing of Proposed Redacted Versions of (I) The Motion of the Official Committee of Unsecured Creditors Pursuant to Section 1121(d)(1) of the Bankruptcy

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

[2] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Debtors' proposed claims and noticing agent a https://dm.epiq11.com/vesttoo.

ACTIVE\1605048123.2

Code for Entry of an Order Terminating Exclusive Periods for Debtors to Propose and Solicit Acceptances of a Plan, (II) Exhibits C and D to that Motion, and (III) the Declaration of Richard Newman in Support of that Motion ) [D.I. 269; Filed 10/22/23].

**Responses Received**:  None.

**Status:**  This matter is going forward.

| | |
|---|---|
| Dated: October 31, 2023<br>Wilmington, Delaware | **DLA PIPER LLP (US)** |

*/s/ Stuart M. Brown*
R. Craig Martin (DE 5032)
Stuart M. Brown (DE 4050)
Matthew Sarna (DE 6578)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email:  craig.martin@us.dlapiper.com
           stuart.brown@us.dlapiper.com
           matthew.sarna@us.dlapiper.com

-and-

Richard A. Chesley (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 666
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: richard.chesley@us.dlapiper.com

*Proposed Counsel for the Debtors*

-and-

**BALLARD SPAHR LLP**

Matthew G. Summers (DE 5533)
Laurel D. Roglen (DE 5759)
Margaret A. Vesper (DE 6995)
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
Email:  summersm@ballardspahr.com
            roglenl@ballardspahr.com
            vesperm@ballardspahr.com

*Proposed Conflicts Counsel for the Debtors*