**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VESTTOO LTD., et al.,[1] | Case No. 23-11160 (MFW) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Robert T. Smith of Katten Muchin Rosenman LLP, 1919 Pennsylvania Avenue NW, Suite 800, Washington, D.C. 20006-3404, to represent Perella Weinberg Partners LP in the above-captioned cases.

Date:   November 1, 2023
        Wilmington, Delaware

                                          */s/ Stuart M. Brown*
                                          R. Craig Martin (DE 5032)
                                          Stuart M. Brown (DE 4050)
                                          Matthew Sarna (DE 6578)
                                          DLA PIPER LLP (US)
                                          1201 N. Market Street, Suite 2100
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 468-5700
                                          Facsimile: (302) 394-2341
                                          Email: craig.martin@us.dlapiper.com
                                          stuart.brown@us.dlapiper.com
                                          matthew.sarna@us.dlapiper.com

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

300082511v2

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and States of New York and Maryland, and admitted to practice before the Supreme Court of the United States, U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits, U.S. Court of Appeals for the District of Columbia Circuit, U.S. Court of Appeals for the Federal Circuit, and United States District Courts for the District of Columbia, District of Maryland, Southern District of New York, the Eastern District of New York, and the District of North Dakota, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: November 1, 2023

*/s/ Robert T. Smith*
Robert T. Smith
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW
North Tower – Suite 200
Washington, DC 20007-5118
Telephone: (202) 625-3616
Fax: (202) 339-6059
Email: robert.smith1@katten.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

300082511v2