# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VESTTOO LTD., et al.,[1] | Case No. 23-11160 (MFW) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Shaya Rochester of Katten Muchin Rosenman LLP, 50 Rockefeller Plaza, New York, New York 10020-1605, to represent Perella Weinberg Partners LP in the above-captioned cases.

Date: November 1, 2023
      Wilmington, Delaware

                                                          */s/ Stuart M. Brown*
                                                          R. Craig Martin (DE 5032)
                                                          Stuart M. Brown (DE 4050)
                                                          Matthew Sarna (DE 6578)
                                                          DLA PIPER LLP (US)
                                                          1201 N. Market Street, Suite 2100
                                                          Wilmington, Delaware 19801
                                                          Telephone: (302) 468-5700
                                                          Facsimile: (302) 394-2341
                                                          Email: craig.martin@us.dlapiper.com
                                                          stuart.brown@us.dlapiper.com
                                                          matthew.sarna@us.dlapiper.com

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and admitted to practice before the United States District Courts for the Southern District of New York and the Eastern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: November 1, 2023            */s/ Shaya Rochester*
                                    Shaya Rochester
                                    KATTEN MUCHIN ROSENMAN LLP
                                    50 Rockefeller Plaza
                                    New York, NY 10020-1605
                                    Telephone: (212) 940-8529
                                    Facsimile: (212) 940-8776
                                    Email: shaya.rochester@katten.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

300082484v2