# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VESTTOO LTD., *et al.,*[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11160 (MFW)<br><br>(Jointly Administered) |

### *AMENDED*[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 8, 2023, AT 10:30 A.M. (ET) IN COURTROOM 4[3]

---

**THIS HEARING WILL BE CONDUCTED BY ZOOM AND REQUIRES ALL VIRTUAL PARTICIPANTS TO REGISTER AT LEAST 2 HOURS IN ADVANCE.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER IN ADVANCE FOR THIS HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItd-CgrjkqHye5x_w7KroUGjbwU1nqrEM

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM.**

**AFTER REGISTERING, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE MEETING.**

---

### MATTERS BEING ADJOURNED:

1. Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) LTD. and (II) The Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 15; Filed 08/21/23].

    **Response Deadline:** September 13, 2023 at 4:00 p.m. (ET).

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/vesttoo.

[2] **Amended items appear in bold.**

[3] Copies of all petitions, motions, and pleadings identified herein may be obtained free of charge through the website of the Debtors' proposed claims and noticing agent a https://dm.epiq11.com/vesttoot.

ACTIVE\1605267292.1

**Related Documents:**

A. Declaration of R. Craig Martin in Support of Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) LTD. and (II) The Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 16; Filed 8/21/23].

B. Declaration of Hannah Tildesley in Support of Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) LTD. and (II) The Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 17; Filed 8/21/23].

C. Declaration of John Wasty in Support of Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) LTD. and (II) The Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 18; Filed 8/21/23].

D. Interim Order Regarding the Debtors' Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) Ltd. and (II) The Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts and Adjourning the Hearing Thereon [D.I. 47; Filed 8/24/23].

E. Certification of Counsel Certification of Counsel Regarding Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors Segregated Accounts and Related Matters [D.I. 94; Filed 8/31/23].

F. Order (SECOND INTERIM) (I) Regarding the Debtors' Motion for an Order Enforcing the Automatic Stay, (II) Further Adjourning the Hearing on the Debtors' Motion for an Order Enforcing the Automatic Stay, (III) Scheduling a Hearing on the Debtors' Motion for Finding of Contempt, and (IV) Scheduling the Hearing on the Joint Provisional Liquidators Request for Provisional Relief [D.I. 100; Filed 8/31/23].

G. Certification of Counsel Certification of Counsel Regarding (I) the Debtors Motion for an Order Enforcing the Automatic Stay, and (II) Further Adjourning the Hearing On (A) the Debtors Motion for an Order Enforcing the Automatic Stay, (B) the Debtors Motion for Finding of Contempt, and (C) the Joint Provisional Liquidators Request for Provisional Relief [D.I. 117; Filed 9/6/23].

H. Order (THIRD INTERIM) (I) Regarding the Debtors' Motion for an Order Enforcing the Automatic Stay and (II) Further Adjourning the Hearing on (A) the Debtors' Motion for an Order Enforcing the Automatic Stay, (B) the Debtors' Motion for Finding of Contempt, and (C) the Joint Provisional Liquidators' Request for Provisional Relief [D.I. 119; Filed 9/7/23].

I. Notice of Adjournment of Hearing [D.I. 149; Filed 09/18/23].

**Responses Received**:  Informal comments for the Office of the United States Trustee for Region 3.

A. [SEALED] White Rock Insurance (SAC) Ltd.'s Opposition to Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 65; Filed 8/29/23].

B. Declaration of David Zailer in Support of White Rock Insurance (SAC) Ltd.'s Opposition to Motion for an Order Enforcing the Automatic Stay against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 66; Filed 8/29/23].

C. Declaration of Renita Sharma in Support of White Rock Insurance (SAC) Ltd.'s Opposition to Motion for an Order Enforcing the Automatic Stay against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 67; Filed 8/29/23].

D. [SEALED] Declaration of Kyle Chan Masters in Support of White Rock Insurance (SAC) Ltd.'s Opposition to Motion for an Order Enforcing the Automatic Stay against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 68; Filed 8/29/23].

E. (REDACTED) White Rock Insurance (SAC) Ltd.'s Opposition to Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 69; Filed 8/29/23].

F. (REDACTED) Declaration of Kyle Chan Masters in Support of White Rock Insurance (SAC) Ltd.'s Opposition to Motion for an Order Enforcing the Automatic Stay against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 70; Filed 8/29/23].

G. Response of Official Committee of Unsecured Creditors to Debtors': (A) Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors Segregated Accounts; and (B) Motion for an Order Finding (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators in Contempt of the Interim Order Regarding the Debtors Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors Segregated Accounts and Adjourning the Hearing Thereon [D.I. 125; Filed 9/13/23].

H. Joint Provisional Liquidators' Limited Joinder to White Rock's Opposition to and Response to Debtors' Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts [D.I. 128; Filed 09/13/23].

I. Debtors' Reply in Further Support of Their (A) Motion for an Order Enforcing the Automatic Stay, (B) Motion for Finding of Contempt, and (C) Objection to the Joint Provisional Liquidators' Request for Stay Order Relief [D.I. 180; Filed 09/28/23].

J. Motion of the Debtors for Leave to File Late Reply [D.I. 181; Filed 09/28/23].

**Status:** The Parties have agreed to adjourn the hearing on this matter to a date to be agreed by the parties or ordered by the court.

2. Motion for an Order Finding (I) White Rock Insurance (SAC) Ltd. and (II) The Putative Joint Provisional Liquidators in Contempt of the Interim Order Regarding the Debtors' Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) Ltd. and (II) The Putative Joint Provisional Liquidators of the Debtors' Segregated Accounts and Adjourning the Hearing Thereon [D.I. 89; Filed 08/30/23].

**Response Deadline:** September 13, 2023 at 4:00 p.m. (ET).

**Related Documents:**

A. Certification of Counsel Certification of Counsel Regarding Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors Segregated Accounts and Related Matters [D.I. 94; Filed 8/31/23].

B. Order (SECOND INTERIM) (I) Regarding the Debtors' Motion for an Order Enforcing the Automatic Stay, (II) Further Adjourning the Hearing on the Debtors' Motion for an Order Enforcing the Automatic Stay, (III) Scheduling a Hearing on the Debtors' Motion for Finding of Contempt, and (IV) Scheduling the Hearing on the Joint Provisional Liquidators Request for Provisional Relief [D.I. 100; Filed 8/31/23].

C. Certification of Counsel Certification of Counsel Regarding (I) the Debtors Motion for an Order Enforcing the Automatic Stay, and (II) Further Adjourning the Hearing On (A) the Debtors Motion for an Order Enforcing the Automatic Stay, (B) the Debtors Motion for Finding of Contempt, and (C) the Joint Provisional Liquidators Request for Provisional Relief [D.I. 117; Filed 9/6/23].

D. Order (THIRD INTERIM) (I) Regarding the Debtors' Motion for an Order Enforcing the Automatic Stay and (II) Further Adjourning the Hearing on (A) the Debtors' Motion for an Order Enforcing the Automatic Stay, (B) the Debtors' Motion for Finding of Contempt, and (C) the Joint Provisional Liquidators' Request for Provisional Relief [D.I. 119; Filed 9/7/23].

E. Notice of Adjournment of Hearing [D.I. 149; Filed 09/18/23].

**Responses Received**:

A. Joint Provisional Liquidators' Opposition to Debtors' Motion for an Order Finding (I) White Rock Insurance (SAC) Ltd. and (II) the Joint Provisional Liquidators in Contempt of the Interim Order Regarding the Debtors' Motion for an Order Enforcing the Automatic Stay [D.I. 124; Filed 9/13/23].

B. Response of Official Committee of Unsecured Creditors to Debtors': (A) Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors Segregated Accounts; and (B) Motion for an Order Finding (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators in Contempt of the Interim Order Regarding the Debtors Motion for an Order Enforcing the Automatic Stay Against (I) White Rock Insurance (SAC) Ltd. and (II) the Putative Joint Provisional Liquidators of the Debtors Segregated Accounts and Adjourning the Hearing Thereon [D.I. 125; Filed 9/13/23].

C. Joinder White Rock Insurance (SAC) Ltd.'s Joinder to Joint Provisional Liquidators' Opposition to Debtors' Motion for an Order Finding (I) White Rock Insurance (SAC) Ltd. and (II) the Joint Provisional Liquidators in Contempt of the Interim Order Regarding the Debtors' Motion for an Order Enforcing the Automatic Stay [D.I. 126; Filed 9/13/23].

D. Debtors' Reply in Further Support of Their (A) Motion for an Order Enforcing the Automatic Stay, (B) Motion for Finding of Contempt, and (C) Objection to the Joint Provisional Liquidators' Request for Stay Order Relief [D.I. 180; Filed 09/28/23].

E. Motion of the Debtors for Leave to File Late Reply [D.I. 181; Filed 09/28/23].

**Status**: The Parties have agreed to adjourn the hearing on this matter to a date to be agreed by the parties or ordered by the court.

3. Joint Provisional Liquidators' Emergency Motion Seeking Clarification of Interim Orders (I) Regarding the Debtors' Motion for an Order Enforcing the Automatic Stay and (II) Further Adjourning the Hearing on (A) The Debtors' Motion for an Order Enforcing the Automatic Stay, (B) The Debtors' Motion for Finding of Contempt, and (C) The Joint Provisional Liquidators' Request for Provisional Relief [D.I. 158; Filed 09/22/23].

**Response Deadline:** September 25, 2023 at 4:00 p.m. (ET).

**Related Documents**:

A. Joint Provisional Liquidators' Motion for Entry of an Order Shortening the Notice Period for Consideration of the Joint Provisional Liquidators' Emergency Motion Seeking Clarification of Interim Orders (I) Regarding the Debtors' Motion for an Order Enforcing the Automatic Stay and (II) Further Adjourning the Hearing on (A) the Debtors' Motion for an Order Enforcing the Automatic Stay, (B) the Debtors' Motion for Finding of Contempt, and (C) the Joint Provisional Liquidators' Request for Provisional Relief [D.I. 159; Filed 09/22/23].

B.  Order Shortening the Notice Period for Consideration of the Joint Provisional Liquidators' Emergency Motion Seeking Clarification of Interim Orders (I) Regarding the Debtors' Motion for an Order Enforcing the Automatic Stay and (II) Further Adjourning the Hearing on (A) the Debtors' Motion for an Order Enforcing the Automatic Stay, (B) the Debtors' Motion for Finding of Contempt, and (C) the Joint Provisional Liquidators' Request for Provisional Relief [D.I. 160; Filed 09/22/23].

C.  Notice of Hearing Regarding Joint Provisional Liquidators' Motion for Entry of an Order Shortening the Notice Period for Consideration of the Joint Provisional Liquidators' Emergency Motion Seeking Clarification of Interim Orders (I) Regarding the Debtors' Motion for an Order Enforcing the Automatic Stay and (II) Further Adjourning the Hearing on (A) the Debtors' Motion for an Order Enforcing the Automatic Stay, (B) the Debtors' Motion for Finding of Contempt, and (C) the Joint Provisional Liquidators' Request for Provisional Relief [D.I. 161; Filed 09/22/23].

**Responses Received:**

A.  White Rock Insurance (SAC) Ltd.'s Joinder to Joint Provisional Liquidators' Emergency Motion Seeking Clarification of Interim Orders (I) Regarding the Debtors' Motion for An Order Enforcing the Automatic Stay and (II) Further Adjourning the Hearing on (A) the Debtors' Motion for an Order Enforcing the Automatic Stay, (B) the Debtors' Motion for Finding of Contempt, and (C) the Joint Provisional Liquidators' Request for Provisional Relief [D.I.162; Filed 09/22/23].

B.  Response of Official Committee of Unsecured Creditors to Joint Provisional Liquidators' Emergency Motion Seeking Clarification of Interim Orders (I) Regarding the Debtors' Motion for an Order Enforcing the Automatic Stay and (II) Further Adjourning the Hearing on (A) The Debtors' Motion for an Order Enforcing the Automatic Stay, (B) The Debtors' Motion for Finding of Contempt, and (C) The Joint Provisional Liquidators' Request for Provisional Relief [D.I. 165; Filed 09/25/23].

C.  Debtors' Objection to Joint Provisional Liquidators' Emergency Motion Seeking Clarification of Interim Orders (I) Regarding the Debtors' Motion for An Order Enforcing the Automatic Stay and (II) Further Adjourning the Hearing on (A) The Debtors' Motion for an Order Enforcing the Automatic Stay, (B) The Debtors' Motion for Finding of Contempt, and (C) The Joint Provisional Liquidators' Request for Provisional Relief [D.I. 166; Filed 09/25/23].

D.  Debtors' Reply in Further Support of Their (A) Motion for an Order Enforcing the Automatic Stay, (B) Motion for Finding of Contempt, and (C) Objection to the Joint Provisional Liquidators' Request for Stay Order Relief [D.I. 180; Filed 09/28/23].

E.  Motion of the Debtors for Leave to File Late Reply [D.I. 181; Filed 09/28/23].

**Status:** The Parties have agreed to adjourn the hearing on this matter to a date to be agreed by the parties or ordered by the court.

4.     Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Lease Effective as of the Dates Specified Herein, (II) Abandon Any Remaining Property Located at Premises and (III) Granting Certain Related Relief [D.I. 185; Filed 09/29/23].

    **Response Deadline:** October 18, 2023, at 4:00 p.m. (ET).

    **Related Documents:**

    A.     **Certification of Counsel Regarding Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Lease Effective as of the Dates Specified Herein, (II) Abandon Any Remaining Property Located at Premises and (III) Granting Certain Related Relief [D.I. 372; Filed 10/06/23].**

    **Responses Received:** None.

    **Status:** This matter is being adjourned to the hearing on November 21, 2023 as to contracts with Salesforce UK Limited, and an order respecting the other contracts and leases has been presented under certification of counsel.

5.     Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Maintain Their Insurance Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (II) Granting Related Relief [D.I. 213; Filed 10/13/23].

    **Response Deadline:** October 27, 2023, at 4:00 p.m. (ET).

    **Related Documents:**

    **Responses Received:**

    A.     Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Maintain Their Insurance Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (II) Granting Related Relief [D.I. 283; Filed 10/27/23].

    **Status:** This matter is being adjourned to the hearing on November 21, 2023.

6.     Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain, Employ, and Compensate Professionals Utilized in the Ordinary Course of Business Pursuant to Retention Procedures and (II) Granting Related Relief [D.I. 263; Filed 10/19/23].

    **Response Deadline:** November 2, 2023, at 4:00 p.m. (ET).

    **Related Documents:** None.

    **Responses Received:**

    A.     Objection to Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors

to Retain, Employ, and Compensate Professionals Utilized in the Ordinary Course of Business Pursuant to Retention Procedures and (II) Granting Related Relief [D.I. 356; Filed 11/2/23].

**Status:  This matter is being adjourned to the hearing on November 21, 2023.**

**MATTERS WITH CERTIFICATIONS OF COUNSEL [C.N.O/C.O.C.]:**

7.   Use of the Debtors' Cash Management System, (II) Modifying Requirements of Section 345(b) of the Bankruptcy Code, and (III) Granting Related Relief [D.I. 11; Filed 08/18/23].

   **Response Deadline:**  September 18, 2023, at 4:00 p.m. (ET).

   **Related Documents:**

   B.   Exhibit D to Motion of the Debtors for Entry of an Interim and Final Order (I) Authorizing the Continued Use of the Debtors' Cash Management System, (II) Modifying Requirements of Section 345(b) of the Bankruptcy Code, and (III) Granting Related Relief [D.I. 13; Filed 08/18/23].

   C.   Certification of Counsel Regarding Order (I) Authorizing the Continued Use of the Debtors' Cash Management System, (II) Modifying Requirements of Section 345 of the Bankruptcy Code, and (III) Granting Related Relief [D.I. 38; Filed 08/23/23].

   D.   Order (INTERIM) (I) Authorizing the Continued Use of the Debtors Cash Management System, (II) Modifying the Requirements of Section 345, and (III) Granting Related Relief [D.I. 43; Filed 08/24/23].

   E.   Notice of Adjournment of Hearing [D.I. 149; Filed 09/18/23].

   F.   Certification of Counsel Regarding Second Interim Order (I) Authorizing the Continued Use of the Debtors' Cash Management System, (II) Modifying Requirements of Section 345 of the Bankruptcy Code, and (III) Granting Related Relief [D.I. 191; Filed 10/02/23].

   G.   Order (SECOND INTERIM) (I) Authorizing the Continued Use of the Debtors' Cash Management System, (II) Modifying Requirements of Section 345 of the Bankruptcy Code, and (III) Granting Related Relief [D.I. 193; Filed 10/02/23].

   **H.   Certification of Counsel Regarding Third Interim Order (I) Authorizing the Continued Use of the Debtors' Cash Management System, (II) Modifying Requirements of Section 345 of the Bankruptcy Code, and (III) Granting Related Relief [D.I. 371; Filed 11/06/23].**

   **Responses Received**:  None.

   **Status:**  An order has been submitted for this matter under certification of counsel, therefore, no hearing is necessary unless the Court has any comments or questions.

8.     Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Effective as of the Dates Specified Herein, (II) Abandon Any Remaining Property Located at Premises and (III) Granting Certain Related Relief [D.I. 278; Filed 10/25/23].

    **Response Deadline:** November 1, 2023, at 4:00 p.m. (ET).

    **Related Documents:**

    A.     Certificate of No Objection Regarding Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Effective as of the Dates Specified Herein, (II) Abandon Any Remaining Property Located at Premises and (III) Granting Certain Related Relief [D.I. 365; Filed 11/6/23].

    B.     **Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Effective as of the Dates Specified Herein (II) Abandon Any Remaining Property Located at Premises and (III) Granting Related Relief [D.I. 370; Filed 11/6/23].**

    **Responses Received**: None.

    **Status:** An order has been submitted for this matter under certificate of no objection, therefore, no hearing is necessary unless the Court has any comments or questions.

9.     [SEALED] Motion to Limit Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [D.I. 268; Filed 10/22/23].

    **Response Deadline:** November 1, 2023, at 4:00 p.m. (ET).

    **Related Documents:**

    A.     (REDACTED) Notice of Filing of Proposed Redacted Versions of (I) The Motion of the Official Committee of Unsecured Creditors Pursuant to Section 1121(d)(1) of the Bankruptcy Code for Entry of an Order Terminating Exclusive Periods for Debtors to Propose and Solicit Acceptances of a Plan, (II) Exhibits C and D to that Motion, and (III) the Declaration of Richard Newman in Support of that Motion [D.I. 269; Filed 10/22/23].

    B.     **Certification of Counsel Requesting Entry of an Order Granting Motion of the Official Committee of Unsecured Creditors Pursuant to Section 1121(d)(1) of the Bankruptcy Code for Entry of an Order Terminating Exclusive Periods for Debtors to Propose and Solicit Acceptance of a Plan [D.I. 373; Filed 11/07/23].**

    **Responses Received**:

    A.     Objection of the Debtors to the Motion of the Official Committee of Unsecured Creditors Pursuant to Section 1121(d)(1) of the Bankruptcy Code for Entry of an Order Terminating Exclusive Periods for Debtors to Propose and Solicit Acceptances of a

        Plan [D.I. 349; Filed 11/1/23].

        **Status:  An order has been submitted for this matter under certification of counsel**, therefore, no hearing is necessary unless the Court has any comments or questions.

10. Motion to File Under Seal Motion of the Official Committee of Unsecured Creditors to (I) Authorize it to Redact and File Under Seal Certain Information Contained in the Motion of the Official Committee of Unsecured Creditors Pursuant to Section 1121(d)(1) of the Bankruptcy Code for Entry of an Order Terminating Exclusive Periods for Debtors to Propose and Solicit Acceptances of a Plan, as Well as in Documents Supporting that Motion, and (II) Require the Debtors to Demonstrate Why Such Information Requires Protection [D.I. 279; Filed 10/25/23].

    **Response Deadline:**  November 1, 2023, at 4:00 p.m. (ET).

    **Related Documents:**  See Above

    **Responses Received**:  See Above

    **Status:  An order has been submitted for this matter under certification of counsel**, therefore, no hearing is necessary unless the Court has any comments or questions.

11. Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ DLA Piper as Counsel, Effective as of the Petition Date and (II) Granting Related Relief [D.I. 202; Filed 10/04/23].

    **Response Deadline:**  October 18, 2023, at 4:00 p.m. (ET).

    **Related Documents:**

    A. **Supplemental Declaration of Craig Martin in Support of Application of the Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Employ DLA Piper as Counsel, Effective as of the Petition Date and (II) Granting Related Relief [D.I. 374; Filed 11/07/23].**

    B. **Certification of Counsel Regarding Order (I) Authorizing the Debtors to Retain and Employ DLA Piper as Counsel, Effective as of the Petition Date and (II) Granting Related Relief [D.I. 376; Filed 11/07/23].**

    **Responses Received**:  None.

12. **Status:  An order has been submitted for this matter under certification of counsel**, therefore, no hearing is necessary unless the Court has any comments or questions.

**MATTERS GOING FORWARD:**

13. Motion of the United States Trustee for Entry of an Order Converting the Cases to Chapter 7 Cases [D.I. 281; Filed 10/27/23].

    **Response Deadline:** November 7, 2023, at 4:00 p.m. (ET).

    **Related Documents:**

    A. Motion to Shorten United States Trustee's Motion for Entry of an Order Shortening the Notice Period for Consideration and Limiting Notice of the United States Trustees Motion for Entry of an Order Converting the Cases to Chapter 7 Cases [D.I. 282; Filed 10/27/23].

    B. Order Granting Shortened Notice to Convert Case to Chapter 7 [D.I. 285; Filed 10/30/23].

    C. Notice of United States Trustee's Motion For Entry of An Order Converting the Cases To Chapter 7 Cases [D.I. 288; Filed 10/30/23].

    **Responses Received**:

    A. **Objection of the Debtors to the Motion of the United States Trustee for Entry of an Order Converting the Cases to Chapter 7 Cases [D.I. 375]; Filed 11/07/23].**

    B. **Response of the Official Committee of Unsecured Creditors to the Motion of the United States Trustee for Entry of an Order Converting the Cases to Chapter 7 Cases [DI 377]; Filed 11/07/23].**

    **Status:** This matter is going forward.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: November 7, 2023<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br>/s/ R. Craig Martin<br>R. Craig Martin (DE 5032)<br>Stuart M. Brown (DE 4050)<br>Matthew Sarna (DE 6578)<br>1201 N. Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: craig.martin@us.dlapiper.com<br>    stuart.brown@us.dlapiper.com<br>    matthew.sarna@us.dlapiper.com<br><br>-and-<br><br>Richard A. Chesley (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 666<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: richard.chesley@us.dlapiper.com<br><br>*Proposed Counsel for the Debtors* |