# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re*: | ) ) | Chapter 11 |
| Vesttoo Ltd., *et al.*,[1] | ) ) | Case No. 23-11160 (MFW) |
| Debtors. | ) ) | (Jointly Administered) |
| | ) ) | **Ref. Docket No. 268** |

## ORDER TERMINATING DEBTORS' EXCLUSIVE PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A PLAN SOLELY WITH RESPECT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the *Motion of the Official Committee of Unsecured Creditors Pursuant to Section 1121(d)(1) of the Bankruptcy Code for Entry of an Order Terminating Exclusive Periods for Debtors to Propose and Solicit Acceptances of a Plan* [Docket No. 268] (the "Motion")[2] and the certification of counsel for the Debtors and counsel for the Committee regarding their agreement to the relief requested in the Motion, and the Court having determined that it has jurisdiction to enter this order in accordance with 28 U.S.C. §§ 157 and 1334, that the Debtors and the Committee agree to entry of this order, and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The Debtors' Exclusive Periods are terminated effective immediately upon entry of this Order solely with respect to the Committee; provided, for the avoidance of doubt, only the

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/vesttoo.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or certification of counsel, as applicable.

Committee shall have the right to file a plan and solicit acceptances thereof during the Exclusive Periods.

3. The Committee is authorized to file and solicit acceptances of a plan.

4. The Debtors shall not file a plan, but they reserve all rights with respect to any plan or disclosure statement filed by the Committee.

5. This Order is without prejudice to the Debtors or the Committee seeking an extension of the Exclusive Periods.

6. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order.

7. This Order shall become effective immediately upon its entry notwithstanding anything in the Federal Rules of Bankruptcy Procedure or otherwise to the contrary.

**Dated: November 8th, 2023**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**