# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VESTTOO LTD., *et al.*[1] | Case No. 23-11160 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION

The undersigned counsel to the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned cases hereby certifies that:

1. On October 25, 2023, the Committee filed the *Motion of the Official Committee of Unsecured Creditors to (I) Authorize it to Redact and File Under Seal Certain Information Contained in the Motion of the Official Committee of Unsecured Creditors Pursuant to Section 1121(d)(1) of the Bankruptcy Code for Entry of an Order Terminating Exclusive Periods for Debtors to Propose and Solicit Acceptances of a Plan, as Well as in Documents Supporting that Motion, and (II) Require the Debtors to Demonstrate Why Such Information Requires Protection* [Docket No. 279] (the "**Motion**").

2. Pursuant to the Notice of Motion, objections to approval of the Motion were due on November 1, 2023. No objections or responses were received or filed on the docket.

3. The Committee therefore requests that the Court enter the proposed order attached to the Motion at its earliest convenience. Counsel is available at the request of the Court.

---

[1] Due to the large number of Debtors entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/vesttoo.

| | |
|---|---|
| Dated: November 8, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**GREENBERG TRAURIG, LLP**<br><br>*/s/ Dennis A. Meloro*<br>Anthony W. Clark (DE Bar No. 2051)<br>Dennis A. Meloro (DE Bar No. 4435)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile: (302) 661-7360<br>Email: melorod@gtlaw.com<br><br>*Counsel for the Committee* |