| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Jeremy | Lustman | Debtors | DLA Piper LLP (US) |
| Stuart | Brown | Debtors | DLA Piper LLP (US) |
| R. Craig | Martin | Debtors | DLA Piper LLP (US) |
| Robert | Moskalewicz | Debtors | DLA Piper LLP (US) |
| Timothy | Fox | U.S. Trustee | Office of U.S. Trustee |
| Anthony | Clark | Official Committee of Unsecured Creditors | Greenberg Traurig, LLP |
| Kabir | Singh | UCC | |
| Dion | Hayes | Markel Bermuda Limited | McGuireWoods LLP |
| Alexandra | Shipley | Markel Bermuda Limited | McGuireWoods LLP |
| Aaron | McCollough | Markel Bermuda Limited | McGuireWoods LLP |
| Eric | Schwartz | White Rock Insurance (SAC) Ltd. | Morris, Nichols, Arsht & Tunnell LLP |
| Razmig | Izakelian | White Rock Insurance (SAC) Ltd. | Quinn Emanuel Urquhart & Sullivan, LLP |
| Jonathan | Weyand | White Rock Insurance (SAC) Ltd. | Morris, Nichols, Arsht & Tunnell LLP |
| Amanda | Fang | Interested Party | Willkie Farr & Gallagher |
| Richard | Grinnan | Markel Bermuda Limited | Markel Bermuda Limited |
| Steve | Evans | Interested party | |
| Alison | Holdway | Official Committee of Unsecured Creditors | Greenberg Traurig |
| Joseph | Davis | Official Committee of Unsecured Creditors | Greenberg Traurig |
| Jared | Weir | Official Committee of Unsecured Creditors | Greenberg Traurig |
| Nicole | McLemore | Debtors | DLA Piper LLP (US) |
| Daniel | Trager | Debtors | DLA Piper LLP (US) |
| Rachael | Gonzales | n/a | |
| Yara | Kass-Gergi | Interested Party | Willkie Farr & Gallagher |
| Allie | Rutter | Interested Party | |
| Jacqueline | Dakin | Clear Blue Specialty Insurance Company and its subsidiaries | Skadden, Arps, Slate, Meagher & Flom LLP |
| Ron | Meisler | Clear Blue Specialty Insurance Company and its subsidiaries | Skadden, Arps, Slate, Meagher & Flom LLP |
| Joseph | Larkin | Clear Blue Specialty Insurance Company and its subsidiaries | Skadden, Arps, Slate, Meagher & Flom LLP |
| Alan | Lipkin | the JPLs | Chaffetz Lindsey LLP |
| Ken | Enos | the JPLs | Young Conaway Stargatt & Taylor, LLP |
| Robert | Brady | the JPLs | Young Conaway Stargatt & Taylor, LLP |
| James | Bennett | the JPLs | |
| Ruth-Ellen | Pintilie | the JPLs | |
| Matt | Brouwer | UCC | |
| Matthew | Petrie | Unsecured Creditors' Committee of Vesttoo Ltd. | Greenberg Traurig, LLP |
| David | Kurzweil | Unsecured Creditors' Committee of Vesttoo Ltd. | Greenberg Traurig, LLP |
| Scott | Geromette | Proventus Holdings LP | Cortinthian Group |
| Peter | Ivanick | Porch.com, Inc. | Eversheds Sutherland (US) LLP |
| Shaya | Rochester | Perella Weinberg Partners | Katten Muchin Rosenman LLP |
| Lynn | Holbert | Porch.com, Inc. | Eversheds Sutherland (US) LLP |
| Samantha | Ruppenthal | Interested Party | Foley & Lardner LLP |
| Robert | Smith | Perella Weinberg Partners | Katten Muchin Rosenman LLP |
| Daniel | Kennedy | Clear Blue Specialty Insurance Company and its subsidiaries | |
| Taylor | Harrison | Debtwire | |
| Dennis | Meloro | Committee | Greenberg Traurig, LLP |
| Andrew | Chesley | Vesttoo | Kaplan Hecker & Fink LLP |
| Kevin | Mangan | Proventus Holdings LP | Womble Bond Dickinson (US) LLP |
| Antonio | Hung | Debtors | Kroll Restructuring |
| Stuart | Brown | Vesttoo | DLA Piper LLP (US) |
| Craig | Martin | Vesttoo Ltd. | DLA Piper LLP (US) |
| Ami | Barlev | Vesttoo | Vesttoo/DLA Piper LLP (US) |
| Gene | Kleinhendler | Interested Party | GK Advisory |
| Joshua | Sturm | Interested Party | Davis Polk & Wardwell LLP |
| Eric | Kim | Interested Party | |
| Karl | Ng | Debtors | Kroll Restructuring |
| Shirley | Su | Financial advisor | |
| M | CLINGERMAN | DEBTORS | KROLL BDA |

| Kevin | Lai | Kroll Restructuring | Kroll Restructuring |
| Sandy | Bratton | Unsecured Creditors' Committee of Vesttoo Ltd. | Greenberg Traurig LLP |
| Deborah | Newman | White Rock | Quinn Emanuel Urquhart & Sullivan LLP |
| Daniel | Waxman | KEWA Financial Inc. | |