IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VESTTOO LTD., *et al.*, | ) | Case No.: 23-11160 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: D.I. Nos: 633 and 644 |
| _____ | ) | |

**COMPLETION OF MEDIATION**

On February 2, 2024, a Certification of Counsel Regarding Order Assigning Matters to Mediation [D.I. 633] was filed with the Court.

On February 5, 2024, an Order Assigning Matters to Mediation [D.I. 644] was signed by the Honorable Mary F. Walrath.

On February 6th, 7th and 8th an in-person mediation took place with the parties at the offices of Greenberg Traurig, LLP in New York.

Thereafter, the Mediator engaged in numerous follow-up calls with the parties. All parties participating in the mediation have done so in good faith.

The mediator understands that certain of the parties are engaged in settlement negotiations without the participation of the mediator and all parties participating in those negotiations are acting in good faith and sincerely attempting to reach a settlement.

As a result of the mediation and ongoing settlement negotiations several settlements were reached.

Due to other commitments of the mediator, on February 18, 2024, the mediation was concluded.

        SONTCHI, LLC

*Christopher S. Sontchi*
_____
Christopher S. Sontchi
11 Tobin Court
Hockessin, DE  19707
(302) 562-6360
sontchi@sontchillc.com

Dated: February 18, 2024