# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Vesttoo Ltd., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 23-11160 (MFW)<br>)<br>) (Jointly Administered)<br>)<br>) **Objection Deadline:**<br>) August 25, 2025, at 4:00 p.m. (ET)<br>)<br>) **Hearing Date:**<br>) September 4, 2025, at 11:30 a.m. (ET) |

## NOTICE OF HEARING REGARDING AON INSURANCE MANAGERS (BERMUDA) LTD.'S MOTION FOR LEAVE TO WITHDRAW PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that on August 10, 2025, Aon Insurance Managers (Bermuda) Ltd. ("Aon") filed the *Aon Insurance Managers (Bermuda) Ltd.'s Motion for Leave to Withdraw Proofs of Claim* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 25, 2025, at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will take place on **September 4, 2025, at 11:30 a.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Court at such hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/vesttoo.

Dated: August 13, 2025  
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jonathan M. Weyand*
Eric D. Schwartz (No. 3134)
Jonathan M. Weyand (No. 6959)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
eschwartz@morrisnichols.com
jweyand@morrisnichols.com

*-and-*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael B. Carlinsky (*pro hac vice*)
Deborah J. Newman (*pro hac vice*)
Renita Sharma (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
michaelcarlinsky@quinnemanuel.com
deborahnewman@quinnemanuel.com
renitasharma@quinnemanuel.com

Razmig Izakelian (*pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
razmigizakelian@quinnemanuel.com

*Counsel to Aon Insurance Managers (Bermuda) Ltd.*