IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>VESTTOO LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11160 (MFW)<br><br>(Jointly Administered) |

NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR SEPTEMBER 4, 2025, AT 11:30 A.M. (ET) IN COURTROOM 4[2]

*AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**CONTINUED MATTERS:**

1. Aon Insurance Managers (Bermuda) Ltd.'s Motion for Leave to Withdraw Proofs of Claim [Docket No. 1477]; Filed 08/10/2025].

    **Response Deadline:** August 25, 2025 for all parties except Vesttoo Creditors Liquidating Trust and the Wind Down Debtors, who are currently negotiating their response deadline with movant.

    **Related Documents:**

    A. Notice of Hearing Regarding Aon Insurance Managers (Bermuda) Ltd.'s Motion for Leave to Withdraw Proofs of Claim [Docket No. 1495; Filed 08/13/2025].

    **Responses Received:** None to date.

    **Status:** The parties have agreed to continue the hearing on this motion to a hearing scheduled on October 7, 2025 at 2:00 p.m.

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the claims and noticing agent at https://dm.epiq11.com/vesttoo.

[2] Copies of all pleadings identified herein may be obtained free of charge through the website of the claims and noticing agent at https://dm.epiq11.com/vesttoo.

| | |
|---|---|
| Dated: September 2, 2025<br>Wilmington, Delaware | **CONNOLLY GALLAGHER LLP**<br><br>*/s/ Karen C. Bifferato*<br>Karen C. Bifferato (#3279)<br>1201 N. Market Street, 20th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-6221<br>Email: kbifferato@connollygallagher.com<br><br>and<br><br>**MCGUIREWOODS LLP**<br><br>Dion W. Hayes<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA  23219-3916<br>Telephone: (804) 775-1000<br>Facsimile: (804) 775-1061<br>dhayes@mcguirewoods.com<br><br>and<br><br>Aaron G. McCollough<br>Alexandra Shipley<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, Illinois 60601-1818<br>Telephone: (312) 849-8100<br>Facsimile: (312) 849-3690<br>amccollough@mcguirewoods.com<br>ashipley@mcguirewoods.com<br><br>*Counsel to the Vesttoo Creditors Liquidating Trust and the Wind Down Debtors* |