**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| VESTTOO LTD., *et al.*, | Case No. 23-11160 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| | **Related to Docket No. 1499** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 1499

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Third Motion of Vesttoo Creditors Liquidating Trust and Vesttoo Wind Down Debtors for Entry of an Order Extending the Claims Objection Bar Date* (Docket No. 1499) (the "Motion") that was filed with the Court on September 22, 2025.  The undersigned further certifies that she has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than 4:00 p.m. (ET) on September 30, 2025.

It is hereby respectfully requested that the Court enter the proposed Order that was attached to the Motion at its earliest convenience.

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/vesttoo.

Dated: October 3, 2025

**CONNOLLY GALLAGHER LLP**

*/s/ Karen C. Bifferato*
Karen C. Bifferato (#3279)
1201 N. Market Street, 20th Floor
Wilmington, Delaware 19801
Telephone: (302) 888-6221
kbifferato@connollygallagher.com

and

**MCGUIREWOODS LLP**

Dion W. Hayes
Sarah B. Boehm
Gateway Plaza
800 East Canal Street
Richmond, VA  23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
dhayes@mcguirewoods.com
sboehm@mcguirewoods.com

and

Aaron G. McCollough
Alexandra Shipley
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1818
Telephone: (312) 849-8100
Facsimile: (312) 849-3690
amccollough@mcguirewoods.com
ashipley@mcguirewoods.com

*Counsel to the Vesttoo Creditors Liquidating Trust
and the Wind Down Debtors*