**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| VESTTOO LTD., *et al.*, | Case No. 23-11160 (MFW) |
| Debtors.[1] | (Jointly Administered) |
| | **Related to Docket No. 1499** |

**ORDER GRANTING THIRD MOTION OF VESTTOO CREDITORS
LIQUIDATING TRUST AND VESTTOO WIND DOWN DEBTORS FOR
ENTRY OF AN ORDER EXTENDING THE CLAIMS OBJECTION BAR DATE**

Upon consideration of the *Third Motion of Vesttoo Creditors Liquidating Trust and Vesttoo Wind Down Debtors for Entry of an Order Extending the Claims Objection Bar Date* (the "Motion"); and the Court having found this Court has jurisdiction to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, (ii) this Court may enter a final order consistent with Article III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (B) and (O), (iv) venue of this proceeding and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409, and (v) the notice of the Motion and opportunity for a hearing were adequate and appropriate under the circumstances and no other or further notice need be provided; and this Court having reviewed the Motion and any statements in support of the relief requested in the Motion and the record of these Chapter 11 Cases;[2] and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted in this Order; and this Court having found and

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/vesttoo.

[2] Each term used but not defined herein shall have the meaning ascribed thereto in the Motion.

determined that the relief sought in the Motion is in the best interests of the Liquidating Trust, the Wind Down Debtors, their creditors and Liquidating Trust Beneficiaries, and other parties in interest; and this Court having found and determined that the relief sought in the Motion is necessary and essential for the administration of the Debtors' confirmed chapter 11 Plan; and the legal and factual bases set forth in the Motion having established just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      The Claims Objection Bar Date is hereby extended one hundred and eighty (180) days, through and including April 6, 2026, without prejudice to any request for a further extension.

3.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4.      The Liquidating Trust is hereby authorized to take all actions deemed necessary to effectuate the relief granted in this Order.

5.      This Court shall retain jurisdiction over any and all matters arising from the interpretation or enforcement of this Order.

**Dated: October 3rd, 2025**
**Wilmington, Delaware**

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE