**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VESTTOO LTD., *et al.*[1] | Case No. 23-11160 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 1504-1506** |

<u>**CERTIFICATE OF SERVICE**</u>

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 3, 2025, I caused to be served the:

   a. "Certificate of No Objection Regarding Docket No. 1499," dated October 3, 2025 [Docket No. 1504], (the "Certificate of No Objection"),

   b. "Notice of Agenda for Hearing Scheduled for October 7, 2025, at 2:00 p.m. (ET) in Courtroom 4," dated October 3, 2025 [Docket No. 1505], (the "Notice of Agenda"), and

   c. "Order Granting Third Motion of Vesttoo Creditors Liquidating Trust and Vesttoo Wind Down Debtors for Entry of an Order Extending the Claims Objection Bar Date," dated October 3, 2025 [Docket No. 1506], (the "Order"),

   by causing true and correct copies of the:

   i. Certificate of No Objection, Notice of Agenda, and Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

   ii. Certificate of No Objection, Notice of Agenda, and Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

   iii. Notice of Agenda to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

---

[1] Due to the large number of debtor entities in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/vesttoo.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

**EXHIBIT A**

Vesttoo Ltd.
Address Service List

| Name | Address |
|------|---------|
| INTERNAL REVENUE SERVICE | P.O. BOX 7346    PHILADELPHIA PA 19101-7346 |
| OFFICE OF SEC. OF STATE OF DELAWARE | HON. JEFFREY W. BULLOCK 820 N FRENCH ST, 10TH FL   WILMINGTON DE 19801 |
| OFFICE OF SEC. OF STATE OF NEW YORK | HON. ROBERT J RODRIGUEZ ONE COMMERCE PLAZA 99 WASHINGTON AVE, STE1100  ALBANY NY 12231 |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | THE CAPITOL    ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400  WILMINGTON DE 19801 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW    WASHINGTON DC 20535-0001 |

# Total Count: 6

**EXHIBIT B**

VESTTOO LTD., *et al* .,
Case No. 23-11160 (MFW)
Email Master Service List

| Name | Email Address |
|---|---|
| ASHBY & GEDDES, P.A. | rpalacio@ashbygeddes.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| CHAFFETZ LINDSEY LLP | p.chaffetz@chaffetzlindsey.com; a.lipkin@chaffetzlindsey.com |
| CROSS & SIMON, LLC | csimon@crosslaw.com; kmann@crosslaw.com |
| DEBATE | avi@vayomar.com |
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| DOSHI LEGAL GROUP, P.C. | amish@doshilegal.com |
| EVERSHEDS SUTHERLAND (US) LLP | peterivanick@eversheds-sutherland.com; lynnholbert@eversheds-sutherland.com; nathanieldeloatch@eversheds-sutherland.com |
| GREENBERG TRAURIG | nicole.e.rosenberg@gtlaw.com |
| GREENBERG TRAURIG, LLP | heyens@gtlaw.com; anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com; kurzweild@gtlaw.com |
| GREENBERG TRAURIG, P.A. | karlinskyf@gtlaw.com |
| MCGUIREWOODS LLP | dhayes@mcguirewoods.com; amccollough@mcguirewoods.com; ashipley@mcguirewoods.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | eschwartz@morrisnichols.com; mharvey@morrisnichols.com; jweyand@morrisnichols.com |
| NIXON PEABODY LLP | cdesiderio@nixonpeabody.com; cfong@nixonpeabody.com |
| OFFICE OF THE UNITED STATES TRUSTEE | timothy.fox@usdoj.gov |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | deborahnewman@quinnemanuel.com; razmigizakelian@quinnemanuel.com |
| SECRETARY OF STATE/DIV OF REVENUE | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | ocr@sec.gov; commissionerlizarraga@sec.gov |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | joseph.larkin@skadden.com; ron.meisler@skadden.com |
| SPHERE CONSULTING SERVICES LTD | kimstevens@sphereconsulting.org |
| WIGGIN AND DANA LLP | aritter@wiggin.com; ndenning@wiggin.com |
| WOMBLE BOND DICKINSON (US) LLP | kevin.mangan@wbd-us.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | rbrady@ycst.com; kenos@ycst.com |

**EXHIBIT C**

VESTTOO LTD., *et al*.,
Case No. 23-11160 (MFW)
Email Service List

| Name | Attn | Email Address |
| --- | --- | --- |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ERIC D. SCHWARTZ | eschwartz@morrisnichols.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | JONATHAN M. WEYAND | jweyand@morrisnichols.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MICHAEL B. CARLINSKY | michaelcarlinsky@quinnemanuel.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | DEBORAH J. NEWMAN | deborahnewman@quinnemanuel.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | RENITA SHARMA | renitasharma@quinnemanuel.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | RAZMIG IZAKELIAN | razmigizakelian@quinnemanuel.com |
| RICHARDS, LAYTON & FINGER, P.A | ROBERT J. STEARN, JR. | stearn@rlf.com |
| RICHARDS, LAYTON & FINGER, P.A | ROBERT C. MADDOX | maddox@rlf.com |
| RICHARDS, LAYTON & FINGER, P.A | ZACHARY J. JAVORSKY | javorsky@rlf.com |
| RICHARDS, LAYTON & FINGER, P.A | NICHOLAS A. FRANCHI | franchi@rlf.com |
| SELENDY GAY PLLC | PHILIPPE Z. SELENDY | pselendy@selendygay.com |
| SELENDY GAY PLLC | DAVID S. FLUGMAN | dflugman@selendygay.com |
| SELENDY GAY PLLC | KELLEY A. CORNISH | kcornish@selendygay.com |
| SELENDY GAY PLLC | DAVID A. COON | dcoon@selendygay.com |
| SELENDY GAY PLLC | JULIE R. SINGER | jsinger@selendygay.com |